| FORM B1 | **United States Bankruptcy Court**<br>District of __HAWAII__ | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>HAWAIIAN GROCERY STORES, LTD. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>99-0071399 | Soc. Sec./Tax I.D. No. (if more than one, state all): **99-05157** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br><br>80 SAND ISLAND ACCESS ROAD<br>HONOLULU, HAWAII 96819 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: HONOLULU, HAWAII 96819 | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)

- [x] Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- [ ] There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | |
|---|---|
| [ ] Individual(s) | [ ] Railroad |
| [x] Corporation | [ ] Stockbroker |
| [ ] Partnership | [ ] Commodity Broker |
| [ ] Other _____ | |

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 13
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)

- [ ] Consumer/Non-Business
- [x] Business

**Chapter 11 Small Business** (Check all boxes that apply)

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101
- [ ] Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

99 DEC 15 PM 2:25

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [x] | [x] | [ ] | [ ] |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] |

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
HAWAIIAN GROCERY STORES, LTD.

FORM B1, Page 2

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

# Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _Richard Loeffler_
Signature of Authorized Individual

RICHARD LOEFFLER
Printed Name of Authorized Individual

PRESIDENT
Title of Authorized Individual

DECEMBER 15, 1999
Date

### Signature of Attorney

X _____    _____
Signature of Attorney for Debtor(s)

DAVID FARMER                    DAVID A. KWOCK
Printed Name of Attorney for Debtor(s)

ASHFORD & WRISTON               HONG & KWOCK, ALLC
Firm Name

P.O. BOX 131                    220 S. KING STREET, #1220
Address

HONOLULU, HI 96810-0131         HONOLULU, HI 96813

539-0400                        528-1400
Telephone Number

_____
Date

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

_____
Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)          Date

## Exhibit "A"

[If debtor is required to file periodic reports (*e.g.*, forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

*[Caption as in Form 16B]*

### Exhibit "A" to Voluntary Petition

1.      If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is ___NO_____.

2.      The following financial data is the latest available information and refers to the debtor's condition on ___JULY 31, 1999___

a.      Total assets                                                    $ _13,779,000.00_____

b.      Total debts (including debts listed in 2.c., below)          $ _13,573,000.00_____

Approximate
number of
holders

c.      Debt securities held by more than 500 holders.

| | | | | |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $ _____ | _____ |
| secured / / | unsecured / / | subordinated / / | $ _____ | _____ |
| secured / / | unsecured / / | subordinated / / | $ _____ | _____ |
| secured / / | unsecured / / | subordinated / / | $ _____ | _____ |
| secured / / | unsecured / / | subordinated / / | $ _____ | _____ |

d.      Number of shares of preferred stock          _____1000_____     ____1_____

e.      Number of shares common stock               __10,000_____       ____1_____

Comments, if any: _____

_____

_____

3.      Brief description of debtor's business: __GROCERY WHOLESALER_____

_____

_____

4.      List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

   __RICHARD LOEFFLER_____

_____

_____

In re HAWAIIAN GROCERY STORES, LTD.

Case No.

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continued)

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |

SEE ATTACHED EXHIBIT "A"



## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president or other officer or an authorized agent of the corporation] [or a member or an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing "List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my information and belief.

Date   DECEMBER 15, 1999

Signature _Richard Loeffler_

RICHARD LOEFFLER, PRESIDENT
(Print Name and Title)

Unless otherwise specified, the source of all debts are trade debts. All numbers are approximate.

| | |
|---|---|
| INTERNATIONAL HOME FOODS<br>21021 NETWORK PLACE<br>CHICAGO, IL 60673 | $311,289 |
| K. YAMADA DISTRIBUTORS<br>P.O. BOX 29669<br>HONOLULU, HI 96820 | $195,708 |
| FARMERS' RICE COOPERATIVE<br>P.O. BOX 15223<br>SACRAMENTO, CA 95851<br>(916) 923-5100 | $142,130 |
| HORMEL FOODS CORP.<br>P.O. BOX 100352<br>PASADENA, CA 91189 | $99,723 |
| KIMBERLY-CLARK CORP.<br>K-C ID 13-40901-001<br>P.O. BOX 100011<br>PASADENA, CA 91189 | $96,073 |
| ORIENTAL TRADING COMPANY<br>131 W. HARRIS AVE.<br>SAN FRANCISCO, CA 94080<br>(650) 873-7600 | $90,752 |
| KENNETH BROWN<br>1099 ALAKEA ST.<br>HONOLULU, HI 96813 | $24,498 (source of debt is rent) |
| TSH DEVELOPMENT<br>LAGOON VIEW INDUSTRIAL CENTER<br>SAND ISLAND ACCESS RD M-100<br>HONOLULU, HI 96819 | $52,031 (source of debt is rent) |
| ROYAL OAK SALES, INC.<br>P.O. BOX 530111<br>ATLANTA, GA 30353-0111 | $44,989 |



EXHIBIT "A"

GERBER PRODUCTS CO.  $43,911
01-0484650
P.O. BOX 951124
DALLAS, TX 75395
(616) 928-2000

LAWRY'S - LIPTON, INC.  $43,571
P.O. BOX 92188
CHICAGO, IL 60675
(203) 629-5800

4384 MALAAI STREET PARTNERS  $41,902  (source of debt is rent)
707 RICHARDS STREET
HONOLULU, HI 96813

NESCO FRUIT SYRUPS  $39,567
99-1277 HALAWA VALLEY ST.
AIEA, HI 96701
(808) 488-0887

FULL CIRCLE, INC.  $36,552
P.O. BOX 911386
DALLAS, TX 75391
(808) 682-1555

QUAKER OATS COMPANY  $35,325
P.O. BOX 70868
CHICAGO, IL 60673

THE MINUTE MAID COMPANY  $33,765
P.O. BOX 910037
DALLAS, TX 75391

VALLEY FRESH INC.  $32,248
P.O. BOX 661
BUFFALO, NY 14240
(716) 824-8119

RALSTON PURINA  $31,810
P.O. BOX 841849
DALLAS, TX 75284

CERTIFIED GROCERS  
5200 SHEILA STREET  
COMMERCE, CA 90040  
ATTN: RICH MARTIN

$6,407,000

DEPARTMENT OF TAXATION  
P.O. BOX 1425  
HONOLULU, HI 96806-1425

$600,000-$2,700,000.00  
(source is state GET plus other taxes)

ALSTON HUNT  
18TH FLOOR  
PACIFIC TOWER  
1001 BISHOP STREET  
HONOLULU, HI 96819  
(808) 524-1800

$99,000   (source of debt is attorneys fees)

COAST BUSINESS CREDIT  
12121 WILSHIRE BLVD.  
SUITE 1400  
LOS ANGELES, CA 90025  
ATTN: MAGED GHEBRIAL

$2,604,095/$1,340,000  
(Total debt/portion unsecured)

## RESOLUTION FOR CORPORATION
## TO FILE FOR BANKRUPTCY PROTECTION

The undersigned are all of the directors of Hawaiian Grocery Stores, Ltd., a Hawaii corporation (the "Corporation").

All of the undersigned directors hereby consent to the Corporation filing for immediate relief under Chapter 11 of the United States Bankruptcy Code. Richard Loeffler, as President of the Corporation, is hereby authorized in his official capacity to sign and file any and all documents necessary or advisable in connection with the contemplated bankruptcy filing; and do all other things he deems necessary or advisable in furtherance of such bankruptcy filing.

Dated: December 15, 1999.


_____          _____
Richard Loeffler                                              Fletcher Robbe


## CONSENT OF SHAREHOLDER

The undersigned, being the sole shareholder of the Corporation, hereby consents to the above resolutions.

Dated: December 15, 1999.

RHL Management Group , Inc.


_____
By Richard Loeffler
        Its President

## RESOLUTION FOR CORPORATION
## TO FILE FOR BANKRUPTCY PROTECTION

The undersigned are all of the directors of Hawaiian Grocery Stores, Ltd., a Hawaii corporation (the "Corporation").

All of the undersigned directors hereby consent to the Corporation filing for immediate relief under Chapter 11 of the United States Bankruptcy Code. Richard Loeffler, as President of the Corporation, is hereby authorized in his official capacity to sign and file any and all documents necessary or advisable in connection with the contemplated bankruptcy filing; and do all other things he deems necessary or advisable in furtherance of such bankruptcy filing.

Dated: December 15, 1999.


_____          _____
Richard Loeffler                  Fletcher Robbe


## CONSENT OF SHAREHOLDER

The undersigned, being the sole shareholder of the Corporation, hereby consents to the above resolutions.

Dated: December 15, 1999.

RHL Management Group , Inc.


_____
By Richard Loeffler
       Its President

3Y CORP.
21021 NETWORK PLACE
CHICAGO, IL    60673-1210


4384 MALAAI STREET
PARTNERS
P.O. BOX 29669
HONOLULU, HI    96820

4384 MALAAI STREET
PARTNERS
P.O. BOX 15223
SACRAMENTO, CA    95851

ACCOUNTEMPS
P.O. BOX 100352
PASADENA, CA    91189-0352


ACCU-PEST TERMITE
CONTROL
K-C ID 13-40901-001
P.O. BOX 100011
PASADENA, CA    91189

CME FOOD SALES, INC.
P.O. BOX 3978
HONOLULU, HI    96812-3978


ADT SECURITY SERVICES
131 W. HARRIS AVE
S.SAN FRANCISCO, CA    94080


AFLAC
1099 ALAKEA ST.
SUITE 1170
HONOLULU, HI    96813


AGRILINK FOODS
LAGOON VIEW INDUSTRIAL
CTR
80 SAND ISLAND ACCESS RD
M-100

ALERT HOLDINGS GROUP, INC.
P.O. BOX 530111
ATLANTA, GA    30353-0111


ALII REFUSE CORPORATION
P.O. BOX 100407
PASADENA, CA    91189-0407


ALL ISLAND SECURITY
SYSTEMS
01-0484650
P.O. BOX 951124
DALLAS, TX    75395

ALOHA AIRLINES
P.O. BOX 92188
CHICAGO, IL    60675-2188


ALOHA SHOYU CO., LTD
707 RICHARDS STREET
SUITE 101
HONOLULU, HI    96813


ALSTON HUNT
99-1277 HALAWA VALLEY ST.
AIEA, HI    96701


AMERICAN PACIFIC
TRANSPORT CO.
P.O. BOX 911386
DALLAS, TX    75391


A-OK PRODUCTS INC.
P.O. BOX 70868
CHICAGO, IL    60673-0868


AT & T
P.O. BOX 910037
DALLAS, TX    75391-0037

ATLAPAC TRADING
COMPANY,INC.
P.O. BOX 661
BUFFALO, NY    14240


AUSMAC, INC.
P.O. BOX 841849
DALLAS, TX    75284


AUTHENTIC SPECIALTY
FOODS
P.O. BOX 841809
DALLAS, TX    75284-1809


BACON UNIVERSAL CO., INC.
P.O. BOX 4720
HONOLULU, HI    96812-4720


BEL/KAUKAUNA U.S.A.
P.O. BOX 370
DURHAM, CA    95938


BELL-CARTER FOODS, INC.
P.O. BOX 1837
AIEA, HI    96701


BERTOLLI U.S.A., INC.
P.O. BOX 3475
HONOLULU, HI    96811


BIG RED Q QUICKPRINT CTR.
P.O. BOX 70868
CHICAGO, IL    60673-0868


BIG VALLEY MKTG CORP.
830 EHA STREET
WAILUKU, HI    96793

BOARD OF WATER SUPPLY
P.O. BOX 512877
LOS ANGELES, CA    90051-0877


BROWNING FERRIS
INDUSTRIES
83 KANIELA ST
WAILUKU, HI    96793

BUDGET RENT A CAR
SYSTEMS
P.O. BOX 371956
PITTSBURGH, PA    15250

C & H SUGAR COMPANY
P.O. BOX 3288
HONOLULU, HI    96801


CALIFORNIA PACIFIC
P.O. BOX 540
SCARBOROUGH, ME    04070-
0540

CHALLENGE DAIRY
PRODUCTS
2408 PAUOA ROAD
HONOLULU, HI    96813

CHEMSEARCH
P.O. BOX 45201
SAN FRANCISCO, CA    94145


CHEMSYSTEMS, INC.
125 PUUHALE ROAD
HONOLULU, HI    96819


CHIKARA PRODUCTS, INC.
P.O. BOX 70262
CHICAGO, IL    60673-0262

CHILD SUPPORT
ENFORCEMENT
1045 MAPUNAPUNA STREET
HONOLULU, HI    96819

CHURNY COMPANY, INC.
REAL PROPERTY TAX
COLLECTION
P.O. BOX 4200
HONOLULU, HI    96812-4200

CITY & COUNTY OF
HONOLULU
P O BOX 80
KILAUEA, HI    96754

CLARKLIFT PACIFIC
40 BRODERICK ROAD
BURLINGAME, CA    94010

CLEAR IMAGE BUSINESS
SYSTEMS
1718 HOE STREET
HONOLULU, HI    96819

CLOROX SALES COMPANY
P.O. BOX 101483
ATLANTA, GA    30392

CLOUGHERTY PACKING CO.
CALIF.
96-1205 WAIHONA ST.
PEARL CITY, HI    96782

COAST BUSINESS CREDIT
PAYMENT PROCESSING CTR
INGLEWOOD, CA    90313-0001

COAST TO COAST COMPUTER
PROD.
2840 MOKUMOA STREET
HONOLULU, HI    96819

CONAGRA GROCERY PROD.
SALES CO.
P.O. BOX 45252
SAN FRANCISCO, CA    94145

CONCENTRA MEDICAL
CENTERS
P.O. BOX 17825
HONOLULU, HI    96817

CONNORS BRUNSWICK, INC.
91-466 KOMOHANA ST.
KAPOLEI, HI    96707

CONSECO LIFE INSURANCE
CO.
P O BOX 60202
ST LOUIS, MO    63160-0202

CONTINENTAL MILLS, INC.
P.O. BOX 29150
HONOLULU, HI    96820

COPIERS HAWAII
DEPT. 1896
P.O. BOX 61000
SAN FRANCISCO, CA    94161

COSCO SUPPLY
#73148
P.O. BOX 60000
SAN FRANCISCO, CA    94161

CROWN PRINCE, INC.
P.O. BOX 820
PEARL CITY, HI    96782

CURTIS NAKAMURA
P.O. BOX 0570
CAROL STREAM, IL    60132

D.D. BEAN & SONS CO.
630 S. BERETANIA STREET
HONOLULU, HI    96843


DAIEI USA INC.
MORTON THIOKOL, INC.
P.O. BOX 100020
PASADENA, CA    91189

DEPARTMENT OF TAXATION
P.O. BOX 500619
ST. LOUIS, MO    63150-0619


DEPARTMENT OF WATER
SUPPLY
P.O. BOX 4150
HONOLULU, HI    96812-4150

DEPENDABLE HAWAIIAN
EXPRESS
95-715 HINALII ST.
MILILANI, HI    96789

DFAS-CO
2627 KILIHAU ST.
LIC#C-12717
HONOLULU, HI    96819-2021

DHL WORLDWIDE EXPRESS
P.O. BOX 98222
CHICAGO, IL    60693


DIAMOND HEAD PETROLEUM
400 OYSTER POINT BLVD.
SUITE 201
S.SAN FRANCISCO, CA    94080

DIRECTOR OF FINANCE C&C
P.O. BOX 643024
PITTSBURGH, PA    15264

DOLE PACKAGED FOODS
P.O. BOX 1866
LIHUE, HI    96766


DOLPHIN EXPRESS
98-723 #C KUAHAO PLACE
PEARL CITY, HI    96782-3103


EDI SUPPORT SERVICES, INC.
DEPARTMENT 5560701
P.O. BOX 55000
DETROIT, MI    48255-0607


ELECTRICAL CONNECTION
MAUI
2827 KAIHIKAPU ST.
HONOLULU, HI    96819


EXPRESSWAY DELIVERY
SERV.
P.O. BOX 29669
HONOLULU, HI    96820


FAMILIAR FOODS, INC.
19201 SUSANA RD.
RANCHO DOMINGUZ, CA
90221


FAR WEST RICE
P.O. BOX 840897
DALLAS, TX    75284


FARMERS' RICE COOPERATIVE
P.O. BOX 2969
OMAHA, NE    68103-2969


FARMLAND FOODS INC.
515 N. KUAKINI ST.
HONOLULU, HI    96817

FAULTLESS STARCH/
P.O. BOX 31151
HONOLULU, HI    96820-1151


FIRST HAWAIIAN LEASING,
INC.
DBA MAMMA BELLA FOODS
5100 RIVERGRADE ROAD
BALDWIN PARK, CA    91706

FIRST INSURANCE CO. OF HI
P.O. BOX 338
SELAH, WA    98942


FISHLAND MARKET, LTD
FAX/TELXON
PAYMENT PROCESSING CTR
INGLEWOOD, CA    90313-0001


FLEMING COMPANIES, INC.
979 ALA KAPUA STREET
HONOLULU, HI    96818


FOOD PROTECTION SERVICES
99-1036 IWAENA STREET
AIEA, HI    96701


FOODLAND SUPER MARKET,
LTD
DEPT. AT 40187
ATLANTA, GA    31192-0187


FULL CIRCLE, INC.
FILE 7252
P.O. BOX 60000
SAN FRANCISCO, CA    94160


G.L. MEZZETTA
CONSOLIDATORS, INC.
P.O. BOX 57136
HAYWARD, CA    94545

GARDEN ISLE DISPOSAL, INC.
P.O. BOX 30358
LOS ANGELES, CA    90030-0358


GARLOW PETROLEUM, INC.
P.O. BOX 77096
DETROIT, MI    48277


GARY'S FLEET SERVICE
1440 KAPIOLANI BLVD.
HONOLULU, HI    96814


GARY'S SERVICE, INC.
P O BOX 353
LANSING, IL    60438-1190


GASPRO, INC.
P.O. BOX 380029
HONOLULU, HI    96838-0029


GE CAPITAL
P.O. BOX 93562
CHICAGO, IL    60673-3562


GECC HAWAII BUILDING
P.O. BOX 90008
CITY OF INDUSTR, CA    91715-
0008


GERBER PRODUCTS CO.
ATTN: ACCOUNTING DEPT.
DENVER, CO    80256-0325


GMAC PAYMENT PROCESSING
CTR.
2276 PAHOUNUI DRIVE
HONOLULU, HI    96819

GMAC PAYMENT PROCESSING
CTR.
DEPT. 4096
LOS ANGELES, CA    90096-4096

GORTON'S OF GLOUCESTER
SUGAR COMPANY
P.O. BOX 266
PUUNENE, MAUI, HI    96784

GRANITE FINANCIAL, INC.
P.O. BOX 95337
NEW ORLEANS, LA    70195

GRAPHIC PROMOTIONS, INC.
P.O. BOX 1691
HONOLULU, HI    96806

GST HAWAII ONLINE
ATTN: GLENN HIROSE
1100 WARD AVENUE
HONOLULU, HI    96814

GTE HAWAIIAN TEL.
C/O MARUJYU MARKET
98-020 KAMEHAMEHA HWY
AIEA, HI    96701

GTE HAWAIIAN TEL.
P.O. BOX 96430
CHICAGO, IL    60693-6430

GTE HAWAIIAN TEL.
P.O. BOX 502579
ST. LOUIS, MO    63150-2579

GTE WIRELESS
C/O 140 N. MARKET ST.#200
ATTEN: JAN ALMEIDA
WAILUKU, HI    96793

H & W FOODS
655 MAPUNAPUNA ST.
HONOLULU, HI    96819


HAGADONE PRINTING CO.
P.O. BOX 74705
CHICAGO, IL    60694-4705


HALE KAUAI, LTD.
WAILUKU INDUSTRIAL PARK
864-A KOLU STREET
WAILUKU, MAUI, HI    96793


HARPO'S PIZZA
P.O. BOX 398
KAHULUI, HI    96732


HAWAII EMPLOYERS COUNCIL
270 WAIEHU BEACH ROAD
SUITE 101
WAILUKU, HI    96793


HAWAII LOGISTIC SERVICES
91-315 HANUA STREET
KAPOLEI, HI    96707


HAWAII MEDICAL SERV.
ASSOC.
P.O. BOX 1300
(BOX 47830)
HONOLULU, HI    96807

HAWAII NATIONAL BANK
P.O. BOX 30968
HONOLULU, HI    96820


HAWAII RUBBER STAMP, INC.
P.O. BOX 31000
HONOLULU, HI    96849-5086

HAWAII SOUND SYSTEMS, INC.
DRAWER CS 198372
ATLANTA, GA    30384-8372


HAWAII TRANSFER COMPANY,
LTD.
FILE #54122
LOS ANGELES, CA    90074-4122


HAWAIIAN CHARCOAL CO.
FILE 55409
LOS ANGELES, CA    90074-5409


HAWAIIAN COMMERCIAL &
FILE NO 81901
BOX 60000
SAN FRANCISCO, CA    94160


HAWAIIAN EATERIES INC.
P.O. BOX 30707
HONOLULU, HI    96820


HAWAIIAN ELECTRIC
COMPANY
P.O. BOX 29938
HONOLULU, HI    96820


HAWAIIAN FLOUR MILLS, INC.
P.O. BOX 3770
HONOLULU, HI    96812


HAWAIIAN FRUIT SPECIALTIES
DIV OF HEATHERFIELD FOODS
245 W POMONA BLVD
MONTEREY PARK, CA    91754


HAWAIIAN HOUSEWARES, LTD
94-199 LEONUI STREET
WAIPAHU, HI    96797

HAWAIIAN LIFT TRUCK, INC.
BON AMI COMPANY
P.O. BOX 412421
KANSAS CITY, MO    64141

HAWAIIAN PA'AKAI, INC.
P.O. BOX 502608
ST. LOUIS, MO    63150-2608

HAWAIIAN ROYAL TRADING
CO.
8440 N.E. ALDERWOOD RD.
SUITE A
PORTLAND, OR    97220

HAWAIIAN WIRELESS
P.O. BOX 15469
WILMINGTON, DE    19886

HEINZ PET PRODUCTS
DEPARTMENT 5558901
P.O. BOX 55000
DETROIT, MI    48255

HI COUNTRY FOODS CORP.
FILE #73306
P.O. BOX 60000
SAN FRANCISCO, CA    94160

HILLSHIRE FARM & KAHN'S
P.O. BOX 95544
CHICAGO, IL    60694-5544

HONOLULU BROOM FACTORY
BOX 68-9430
MILWAUKEE, WI    53268

HONOLULU DISPOSAL
SERVICE
801 KAHEKA STREET
HONOLULU, HI    96814

HONOLULU FREIGHT SERVICE
P.O. BOX 910604
FILE #5285   75391-0604
DALLAS, TX    75391

HOPACO
P.O. BOX 751952
CHARLOTTE, NC    28275-1952

HOPACO - BOISE CASCADE
1724 KALANI STREET
HONOLULU, HI    96819

HORMEL FOODS CORP.
1777 ALA MOANA
HONOLULU, HI    96815

HOSE SERVICE INC.
NONE
HONOLULU, HI    96820

HT&T CO. INC.
P.O. BOX 75414
CHARLOTTE, NC    28228-9997

IBM CORPORATION - W7C
2240 SOUTH GARFIELD
AVENUE
LOS ANGELES, CA    90040-1808

ILIKAI HOTEL
27565 DIAZ
TEMECULA, CA    92590

IMPERIAL PREMIUM FINANCE,
INC.
P.O. BOX 951015
DALLAS, TX    75395-1015

INDEPENDENT GROCERS OF HI
P.O. BOX 100398
PASADENA, CA    91189-0398


INTERNAL REVENUE SERVICE
FILE 54530
LOS ANGELES, CA    90074-4530


INTERNATIONAL HOME FOODS
99-1245 HALAWA VALLEY ST.
AIEA, HI    96701


ITOEN (USA), INC.
UNIT 45
P.O. BOX 4500
PORTLAND, OR    97208


J.M. SMUCKER COMPANY
P.O. BOX 30396
HARTFORD, CT    06150-0396


JAGUAR CREDIT
CORPORATION
P.O. BOX 380041
HONOLULU, HI    96838-0041


JAMES CRISOLOGO
CUSTOMER ACCOUNTS
P.O. BOX 27-266
KANSAS CITY, MO    64180


JECO AIR CONDITIONING INC.
1314 SOUTH KING ST.
HONOLULU, HI    96814


JOAN M. JOHNSON COMPANY
AKA E.M. ENTERPRISES, INC.
2110 AUIKI STREET
HONOLULU, HI    96819

JOSEPH GALLO FARMS
P.O. BOX 78016
PHOENIX, AZ    85062-8016


K. YAMADA DISTRIBUTORS
P.O. BOX 300
LIHUE, HI    96766-0300


K. YAMADA DISTRIBUTORS
2668 WAIWAI LOOP
HONOLULU, HI    96813


KAIMUKI CHEVRON
FILE 73484
P.O. BOX 60000
SAN FRANCISCO, CA    94160-3484

KAISER FOUNDATION HEALTH
377 KEAHOLE STREET
HONOLULU, HI    96825


KAMAAINA COPIER SUPPLIES
P.O. BOX 169
HONOLULU, HI    96810


KAUAI ELECTRIC
(999)009-5911
P.O. BOX 29030
HONOLULU, HI    96820


KAUAI FREIGHT SERVICE, INC.
P.O. BOX 7405
PASADENA, CA    91109-7405


KAUAI OFFICE EQUIPMENT
P.O. BOX 7247-8131
PHILADELPHIA, PA    19170

KENNETH BROWN
1600 KAPIOLANI BLVD.
SUITE 918
HONOLULU, HI    96814

KILGO COMPANY., INC.
P.O. BOX 29699
HONOLULU, HI    96820

KIMBERLY-CLARK CORP.
P.O. BOX 45052
SAN FRANCISCO, CA    94145

KPMG PEAT MARWICK LLP
COMMERCE SERVICES GROUP
P.O. BOX 73199
CHICAGO, IL    60673

KRISCOLE INC.
P.O. BOX 440305
NASHVILLE, TN    37244

L&M BROTHERS, INC.
881 NORTH KING ST.
HONOLULU, HI    96817

LAND O' LAKES, INC.
477 KAPAHULU AVENUE
HONOLULU, HI    96815

LAND O'FROST,INC.
675 AUAHI STREET
HONOLULU, HI    96813

LAWRY'S - LIPTON, INC.
P.O. BOX 2496
JACKSONVILLE, FL    32202-
2496

LEA & PERRINS, INC.
94-1228 HALELEHUA STREET
WAIPAHU, HI    96797


LILIHA BAKERY, LTD.
P.O. BOX 636
HONOLULU, HI    96809


LONGS DRUG STORES
311-A PACIFIC ST.
BUILDING 5
HONOLULU, HI    96817

LONGS DRUG STORES #116
477 FORBES BLVD.
P.O. BOX 2764
SOUTH S.F., CA    94083

LONGS DRUG STORES #185
P.O. BOX 855
HONOLULU, HI    96808


LONGS DRUG STORES #21
P.O. BOX 34935
DEPARTMENT 510
SEATTLE, WA    98124

MAGUIRE BEARING
COMPANY, LTD.
ATTN: REMITTANCE PROC.
SERV.
1932 WYNNTON

MARCUS & ASSOC., INC.
P.O. BOX 17716
HONOLULU, HI    96817


MATSON NAVIGATION
COMPANY
2889 MOKUMOA ST.
HONOLULU, HI    96819

MAUI BEVERAGES & SUPPLIES
P.O. BOX 31001-0270
PASADENA, CA    91110-0270


MAUI CHEMICAL &
1434 SOLUTIONS CENTER
CHICAGO, IL    60677-1004


MAUI CHEMICAL & PAPER
PROD.
P.O. BOX 959-633
KIHEI, HI    96753

MAUI ELECTRIC COMPANY
LTD
P.O. BOX 29967
HONOLULU, HI    96820

MAUI OFFICE MACHINES, INC.
P.O. BOX 29260
HONOLULU, HI    96820-1660


MAUI PINEAPPLE COMPANY
PMB 107
75-1027 HENRY ST., 111A
KAILUA KONA, HI    96740-3137


MAZDA AMERICAN CREDIT
762 LOWER MAIN ST.
WAILUKU, HI    96793


MBNA AMERICA
P.O. BOX 5151
SHELTON, CT    06484


MCILHENNY COMPANY
P.O. BOX 517
KAHALUI, HI    96732

MENEHUNE WATER
COMPANY, INC.
P.O. BOX 6009
INGLEWOOD, CA    90312

MOODY DUNBAR,INC.
P.O. BOX 52241
PHOENIX, AZ    85072-2241

MORTON SALT DIVISION
611 PIERCE STREET
BLK RIVER FALLS, WI    54615

MOTT'S INC.
46-168 MALINA PL
KANEOHE, HI    96744

NAKAI ELECTRICAL SERVICE
P O BOX 2418
NORTH HILLS, CA    91393-2418

NESCO FRUIT SYRUPS
918 AHUA ST.
HONOLULU, HI    96819

NESTLE USA, INC.
P.O. BOX 29669
HONOLULU, HI    96820-2069

NISHIMOTO TRADING CO.
91-315 HANUA STREET
KAPOLEI, HI    96707

NISSAN MOTOR ACCEPTANCE
CORP.
1227-W NORTH MARKET BLVD.
SACRAMENTO, CA    95834

NISSIN FOODS (USA) CO.,INC.
P.O. BOX 971269
DALLAS, TX    75397


NOMURA AND CO., INC.
180 SAND ISLAND RD
HONOLULU, HI    96819


OAHU SALES, INC.
848 ALA LILIKOI STREET
HONOLULU, HI    96818


OAHU TIRE SERVICE AND CO.
P.O. BOX 92172
CHICAGO, IL    60675-2172


OFFICE DEPOT
DEPT. 0103
LOS ANGELES, CA    90084-0103


OH BOY! CORPORATION
ATTN: PAUL EZAKI
5795 LINDERO CANYON RD.
WESTLAKE VILLAG, CA
91362-4013

OKIMOTO CORP.
SUPPORT BUREAU
PO BOX 60000 DEPT.6634
SAN FRANCISCO, CA    94160


OKUHARA FOODS
P.O. BOX J
LAIE, HI    96762


ONO CONES
85-863 FARRINGTON HWY
WAIANAE, HI    96792

ORIENTAL TRADING
COMPANY
P.O. BOX 8863
BALTIMORE, MD    21224

PACIFIC AGRI-PRODUCTS, INC.
P.O. BOX 665
PEARL CITY, HI    96782

PACIFIC CONTAINER SERVICE
P.O. BOX 40
KAHULUI, HI    96732

PACIFIC EXPRESS, INC.
3140 UALENA STREET
HONOLULU, HI    96819

PACIFIC GUARDIAN LIFE
P.O. BOX 502929
ST. LOUIS, MO    63150-2929

PACIFIC HI LIFT SERVICE
DEPT. 56-6156095899
P.O. BOX 30292
SALT LAKE CITY, UT    84130

PACIFIC MACHINERY
DEPT. 4748
LOS ANGELES, CA    90096-4748

PACIFIC SERVICE &
2004 ALA MOANA CENTER
HONOLULU, HI    96814

PAGER ONE
FILE 42256
LOS ANGELES, CA    90074

PAPERSOURCE HAWAII INC.
P O BOX 923490
SYLMAR, CA    91392-3490


PD REPAIR SERVICE
91-210 HANUA STREET
KAPOLEI, HI    96707


PHILIPPINE FOOD
DISTRIBUTORS
1734 REPUBLICAN ST.
HONOLULU, HI    96819

PITNEY BOWES CREDIT CORP.
P.O. BOX 44193
TISHMAN BUILDING
SAN FRANCISCO, CA    94144

PITNEY BOWES INC.
DBA HAUOLI PEST CONTROL
1024B KIKOWAENA PL.
HONOLULU, HI    96819


POMPEIAN, INC.
2666 NIUMALU ROAD
LIHUE, HI    96766


PRECISION WOOD OF HAWAII
P.O. BOX 10400
HONOLULU, HI    96816


PRESTO PRODUCTS, CO.
DEPT. #44647
P.O. BOX 44000
SAN FRANCISCO, CA    94144


PROCTER & GAMBLE DIST. CO.
1517 KAPIOLANI BLVD.
SUITE #201
HONOLULU, HI    96814

PROGRESSIVE
COMMUNICATIONS
P.O. BOX 6009
INGLEWOOD, CA    90312

QUAKER OATS COMPANY
P.O. BOX 114
HONOLULU, HI    96810

QUALITY TRAVEL, INC.
P O BOX 30622
HONOLULU, HI    96820

RALSTON PURINA COMPANY
3187 KUHIO HWY.
LIHUE, HI    96766

RAM PAGING HAWAII
MANOA MARKETPLACE
2750 WOODLAWN DRIVE
HONOLULU, HI    96822

REFRIGERATION SERVICES
1807 HOMERULE ST.
HONOLULU, HI    96819

REMEDY INTELLIGENT
STAFFING
334 KALIHI STREET
HONOLULU, HI    96819

REX TIRE & SUPPLY
P.O. BOX 203
CHARDON, OH    44024-0203

REYNOLDS AND REYNOLDS
CO.
DBA SEAFOOD COVE
117-C AHUI STREET
HONOLULU, HI    96813

REYNOLDS METAL COMPANY
781 EHA STREET
WAILUKU, HI    96793


ROGER BAGOYO
781 EHA STREET
WAILUKU, HI    96793


ROYAL HAWAIIAN EXPRESS
P.O. BOX 31000
HONOLULU, HI    96849-5054


ROYAL OAK SALES, INC.
1797 WILI PA LOOP #3
P.O. BOX 2213
WAILUKU, HI    96793


S.MARTINELLI & COMPANY
280 HOOKAHI STREET
WAILUKU, MAUI, HI    96793


SAN FRANCISCO FAMILY
P.O. BOX 30587
HONOLULU, HI    96820


SANDWICH ISLAND JAMS &
HONEY
274 PUUHALE ROAD
HONOLULU, HI    96819


SAVE-A-$ CLUB OF HAWAII
P.O. BOX 31000
HONOLULU, HI    96849


SEA-LAND SERVICE, INC.
P.O. BOX 2897
HONOLULU, HI    96802

SENTINEL SILENT ALARM
CITY HALL
HONOLULU, HI    96813


SHIMA'S MARKET
P.O. BOX 30206
HONOLULU, HI    96820


SHIMAYA SHOTEN, LTD.
2635 WAIWAI LOOP
HONOLULU, HI    96819


SIGNATURE BRANDS LLC
P.O. BOX 380040
HONOLULU, HI    96838-0040


SIOUX HONEY ASSOCIATION
P.O. BOX 1109
WAILUKU, HI    96793


SNAP-ON TOOLS
CORPORATION
99-1205 HALAWA VALLEY ST.
AIEA, HI    96701


SNELLING 10068
P.O. BOX 17809
HONOLULU, HI    96817


SOLO CUP COMPANY
SNELLING PERSONNEL SERV.
P.O. BOX 650765
DALLAS, TX    75265


SOUTHWEST TRADERS, INC.
270 LALO STREET
SUITE 104
KAHULUI, HI    96732

SPECTRUM GROUP
860 EHA STREET
WAILUKU, HI    96793


SPRINT
PAGER
P.O. BOX 380037
HONOLULU, HI    96838

STATE DIRECTOR OF FINANCE
OF HAWAII, INC.
518 HOLOKAHANA LANE
HONOLULU, HI    96817

STATE OF HAWAII
41-1606 KALANIANAOLE HWY
WAIMANALO, HI    96795


STATE WIDE COLLECTIONS
875 ALUA STREET
WAILUKU, HI    96793


STERLING COMMERCE CVG
DEVELOPMENT CORPORATION
P.O. BOX 1151
LIHUE, KAUAI, HI    96766

STINSON SEAFOOD COMPANY
P.O. BOX 3740
HONOLULU, HI    96812


SUGAR FOODS CORP.
P.O. BOX 1280
SUISUN CITY, CA    94585


SUN-DIAMOND GROWERS
P.O. BOX 85390
LOUISVILLE, KY    40285-5390

TERMINIX INTERNATIONAL
P.O. BOX 29760
HONOLULU, HI    96820-2160


THE ADHERENCE GROUP INC.
511 KALIHI STREET
HONOLULU, HI    96819-3268


THE ANDREW JERGENS CO.
94-025 FARRINGTON HWY
WAIPAHU, HI    96797


THE DAIEI (USA), INC.
P.O. BOX 1963
CARMEL, IN    46032


THE MINUTE MAID COMPANY
350 WARD AVENUE
SUITE 106
HONOLULU, HI    96814


THE MORNINGSTAR GROUP
STATE OF HAWAII
P.O. BOX 1860
HONOLULU, HI    96805


THE QUAKER OATS COMPANY
FILE 42256
LOS ANGELES, CA    90074-2256


THE WILKINSON ALLIANCE
P.O. BOX 1835
HONOLULU, HI    96805


TILLAMOOK COUNTY
CREAMERY
P.O. BOX 1025
HILO, HI    96721-1025

TONE BROTHERS, INC.
516 S. KAMEHAMEHA AVE.
KAHULUI, HI    96732


TRISLE INC.
250-H WAIEHU BCH.RD.
WAILUKU, HI    96793


TRISLE INC.
OGDEN SERVICE CENTER
OGDEN, VT    84201


TSH DEVELOPMENT
700 BISHOP STREET
SUITE 1008
HONOLULU, HI    96813


UNICOLD CORPORATION
13827 CARMENITA ROAD
UNIT E
SANTA FE SPRING, CA    90670


UNISOURCE CORPORATION
3541 HARDING AVE.
HONOLULU, HI    96816


UNITEK SOLVENT SERVICES,
INC.
ACCOUNT# 706A
545 OHOHIA STREET
HONOLULU, HI    96819

USA DETERGENTS, INC.
P.O. BOX 1809
LIHUE, HI    96766


VALLEY FRESH INC.
FOOD & DRUG BRANCH
591 ALA MOANA BLVD.
HONOLULU, HI    96813

VALLEY ISLE PRODUCE, INC.
GENERAL TELCOURIER, INC.
238 SAND ISLAND ACCESS
RD55767
HONOLULU, HI    96819

VILLA ROMA
PAPER PRODUCTS, INC.
P.O. BOX 930
WAILUKU, HI    96793


VITASOY (USA) INC.
685A AUAHI STREET
HONOLULU, HI    96813


WAIEHU SHELL
P.O. BOX 324
AIEA, HI    96701


WAILUKU TIRE CENTER
P.O. BOX 1749
LIHUE, HI    96766


WDI COMPANIES, INC.
3536 HARDING AVENUE
HONOLULU, HI    96816


WEBCO HAWAII, INC.
MEASUREMENT STANDARDS
725 ILALO ST.
HONOLULU, HI    96813


WELCH FOODS, INC.
P.O. BOX 80525
SEATTLE, WA    98108


XEROX CORPORATION
4201 LONG BEACH BLVD.
SUITE 326
LONG BEACH, CA 90807

Y. HATA & CO. LTD.
707 RICHARDS STREET
HONOLULU, HI 96813


YOSHIDA FOOD PRODUCTS
CO.
P.O. BOX 1425
HONOLULU, HI 96806-1425


YOUNG BROTHERS, LTD.
PACIFIC TOWER, 18TH FLOOR
1001 BISHOP STREET
HONOLULU, HI 96813


ZEE MEDICAL SERVICE
1212 WILSHIRE BLVD., STE.
1400
LOS ANGELES, CA 90025
ATTN: MAGED GHEBRIAL