# United States Bankruptcy Court

**DISTRICT OF** HAWAII

In re HAWAIIAN GROCERY STORES, LTD.  Case No. 99-05157

Debtor  (If known)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A,B,D,E,F,I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D,E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | YES | 1 | --- | --- | --- |
| B - Personal Property | YES | 3 | 2,798,072.60 to 2,931,053.60 | --- | --- |
| C - Property Claimed as Exempt | YES | 1 | | --- | --- |
| D - Creditors Holding Secured Claims | YES | 1 | --- | $ 9,161,095 | --- |
| E - Creditors Holding Unsecured Priority Claims | YES | 1 | --- | 600,000 to 2,700,000 $ | --- |
| F - Creditors Holding Unsecured Non Priority Claims | YES | 46 | --- | 2,641,701 $ | --- |
| G - Executory Contracts and Unexpired Leases | YES | 1 | --- | --- | --- |
| H - Codebtors | YES | 1 | --- | --- | --- |
| I - Current Income of Individual Debtor(s) | N/A | --- | --- | --- | $ --- |
| J - Current Expenditures of Individual Debtor(s) | N/A | --- | --- | --- | $ --- |
| Total Number of Sheets of ALL Schedules -> | | 55 | | | |
| Total Assets -> | | | 2,798,072.60 to $ 2,931,053.60 | | |
| Total Liabilities -> | | | | 12,407,796.00 to $ 14,502,796.00 | |

32

In re **HAWAIIAN GROCERY STORES, LTD.** , Case No. **99-05157**
_____  _____
Debtor                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, Or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND,WIFE,JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NOT APPLICABLE DEBTOR DOES NOT HAVE ANY SUCH INTEREST.** <br><br> **LEASES-SEE SCHEDULE G** | | | | |
| | | Total-> | $ | |

(Report also on Summary of Schedules.)

In re **HAWAIIAN GROCERY STORES, LTD.**    Case No. **99-05157**

Debtor                                            (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | OFFICE | | 200.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | 1ST HAWAIIAN BANK <br> BANK OF HON. | | 49,680.00 <br> 564.60 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | HAWAII ELECTRIC – UTILITY <br> KENNETH BROWN – LANDLORD <br> TSH – LANDLORD <br> 4384 MALAAI ST. PARTNERS | | 20,600.00 <br> 22,319.00 <br> 48,742.00 <br> 13,967.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

In re  **HAWAIIAN GROCERY STORES, LTD.** ,   Case No. **99-05157**

Debtor  (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing Plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts Receivable. | | ACCOUNTS RECEIVABLE | | 880,000 |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

In re __HAWAIIAN GROCERY STORES, LTD.__ , Case No. __99-05157__
           Debtor                       (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND,WIFE,JOINT OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | TRUCK, VEHICLES, TRAILERS | | 100,000-200,000 |
| 24. Boats, motors, and accessories. | X | | | |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | | HONOLULU, HA - OFFICE | | 250,000 |
| 28. Inventory. | | HONOLULU, HA.-PRODUCT INVENTORY | | 900,000 |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. Itemize. | | WEBSITE PROJECT - IN PROCESS UNDERDEVELOPMENT RENT TRUST FUND/ | | 200,000<br><br>312,000 (APPROX) |

_____ continuation sheets attached     Total ->   $ 2,798,072.60<br>                                             2,931,053.60

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re  HAWAIIAN GROCERY STORES, LTD.      ,     Case No.  99-05157
_____          _____
                     Debtor                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

**(Check one box)**

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d). **Note: These exemptions are available only in certain states.**

☐ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| N/A | | | |

Form B6D

In re **HAWAIIAN GROCERY STORES, LTD.**,     Case No. __99-05157__
                    Debtor                                   (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> COAST BUSINESS CREDIT 12121 WILSHIRE BLVD, SUITE 1400 L.A, CA 90025 ATTN; MAGED GHEBRIAL | X | | ACCOUNTS RECEIVABLE, INVENTORY <br><br> VALUE $ 2,604,095 | | | | 2,604,095 | 1,340,000 |
| ACCOUNT NO. <br><br> CERTIFIED GROCERS 5200 SHEILA ST. COMMERCE, CAL, 90040 ATTN: RICH MARTIN | | | ACCOUNTS RECEIVABLE INVENTORY <br><br> VALUE $ 6,407,000 | | | | 6,407.000 | 6,407.000 |
| ACCOUNT NO. <br><br> GRANITE FINANCIAL 16100 TABLE MOUNTAIN PKWY, ST. A GOLDEN, CA 80403 | | | WAREHOUSE RACKS <br><br> VALUE $ 150,000 | | | | 150,000 | 150,000 |
| ACCOUNT NO. <br><br><br> | | | VALUE $ ~ | | | | | |

_____ continuation sheets attached

| | |
|---|---|
| Subtotal -> (Total of this page) | $ 9,161,095 |
| Total -> (Use only on last page) | $ 9,161;095 |

(Report total also on Summary of Schedules)

Forms Inc. • 800 854-1080 • Form B6D

Form B6E(Cont.)

In re HAWAIIAN GROCERY STORES, LTD. , Case No. 99-05157
Debtor (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation sheet)

TYPE OF PRIORITY

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br><br>STATE OF HAWAII<br>DEPT. OF TAXATION<br>PO BOX 1425<br>HONOLULU, HI 96806-1425 | | | 1997 TO CURRENT EXCISE TAXES | X | X | X | 600,000 to<br><br>2,700,000 | |
| **ACCOUNT NO.** | | | | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| **ACCOUNT NO.** | | | | | | | | |
| **ACCOUNT NO.** | | | | | | | | |

Sheet no. 1 of 1 sheets attached to Schedule of Creditors
Holding Unsecured Priority Claims

Subtotal -> $
(Total of this page)

Total -> $ 600,000 to
(Use only on last page of the completed Schedule E.) 2,700,000
(Report total also on Summary of Schedules)

Forms Inc • 800 854-1080 • Form B6E(Cont.)

In re HAWAIIAN GROCERY STORES, LTD. , Case No. 99-05157
(Debtor) (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 19880 | | | | | | | |
| FARMERS RICE COOPERATIVE P.O.B OX 15223 SACRAMENTO, CA 95851 | | | | | | | 228,025.97 |
| ACCOUNT NO. 50100 | | | | | | | |
| K. YAMADA DISTRIBUTORS P.O. BOX 29669 HONOLULU, HI 96820 | | | | | | | 195,708.37 |
| ACCOUNT NO. 61960 | | | | | | | |
| ALSTON HUNT FLOYD & ING P.O. BOX 2281 HONOLULU, HI 96804 | | | | | | | 119,255.93 |
| ACCOUNT NO. 24300 | | | | | | | |
| HORMEL FOODS CORP P.O. BOX 100352 PASEDENA. CA 91189-0352 | | | | | | | 97,252.02 |
| ACCOUNT NO. 42500 | | | | | | | |
| SHIMAYA SHOTEN P.O. BOX 17825 HONOLULU., HI 96817 | | | | | | | 10,071.65 |

Sheet no. 1 of 46 sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > $ 650,313.94
(Total of this page)
Total - > $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ ,    Case No. _____
          (Debtor)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 35630 <br><br> ORIENTAL TRADING CO <br> 131 W HARRIS AVE <br> S SAN FRANCISCO, CA 94080 | | | | | | | 87,298.69 |
| **ACCOUNT NO.** 12660 <br><br> CONAGRA GROC. PROD. SALES <br> P.O. BOX 841809 <br> DALLAS TX 75284 | | | | | | | 50,735.93 |
| **ACCOUNT NO.** 62800 <br><br> KENNETH BROWN <br> 1099 ALAKEA   STE 1170 <br> HONOLULU, HI 96813 | | | | | | | 24,498.00 |
| **ACCOUNT NO.** 11500 <br><br> INTER'L HOME FOODS <br> 21021 NETWORK PLACE <br> CHICAGO, IL 60673-1210 | | | | | | | 304,208.46 |
| **ACCOUNT NO.** 86868 <br><br> TSH DEVELOPMENT <br> LAGOON VIEW INDUSTRIAL CTR <br> 80 SAND ISLAND ACCESS RD. <br> HONOLULU, HI 96819-4904 | | | | | | | 52,031.00 |

Sheet no. __2__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >   $   518,772.08
(Total of this page)

Total - >   $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ , Case No. _____
        (Debtor)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 24700 <br><br> ROYAL OAK SALES, INC <br> P.O. BOX 530111 <br> ATLANTA, GA 30353-0111 | | | | | | | 44,058.22 |
| **ACCOUNT NO.** 21500 <br><br> GERBER PRODUCTS <br> 01-0484650 <br> P.O. BOX 951124 <br> DALLAS, TX 75395 | | | | | | | 43,068.95 |
| **ACCOUNT NO.** 27910 <br><br> LAWRY'S - LIPTON, INC <br> P.O. BOX 92188 <br> CHICAGO, IL 60675-2188 | | | | | | | 42,689.29 |
| **ACCOUNT NO.** 88145 <br><br> 4384 MALAAI STREET PARTNERS <br> 707 RICHARDS ST. SUITE 101 <br> HONOLULU, HI 96813 | | | | | | | 41,902.17 |
| **ACCOUNT NO.** 26700 <br><br> KIMBERLY - CLARK CORP <br> K-C ID13-40901-001 <br> P.O. BOX 100011 <br> PASADENA, CA 91189 | | | | | | | 94,163.35 |

Sheet no. __3__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page) $ 265,881.98

Total -> $

(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re_____ , Case No. _____
(Debtor)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.    31980 <br><br> THE MINUTE MAID CO. <br> P.O. BOX 910037 <br> DALLAS, TX 75391-0037 | | | | | | | 32,996.16 |
| ACCOUNT NO.    68300 <br><br> FULL CIRCLE, INC <br> P.O. BOX 911386 <br> DALLAS, TX 75391 | | | | | | | 36,551.68 |
| ACCOUNT NO.    38210 <br><br> QUAKER OATS CO. <br> P.O.BOX 70868 <br> CHICAGO, IL 60673 | | | | | | | 34,507.17 |
| ACCOUNT NO.    38500 <br><br> RALSON PURINA CO. <br> P.O. BIOX 841849 <br> DALLAS, TX 75284 | | | | | | | 31,165.98 |
| ACCOUNT NO.    14500 <br><br> C & H SUGAR CO <br> P.O. BOX 45201 <br> SAN FRANCISCO, CA 94145 | | | | | | | 15,708.75 |

Sheet no. __4__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > (Total of this page) $ 150,929.74

Total - > $

(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ , Case No. _____
                    (Debtor)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 38200 <br><br> THE QUAKER OATS CO <br> P.O. BOX 70868 <br> CHICAGO, IL 60673 | | | | | | | 22,661.20 |
| **ACCOUNT NO.** 50400 <br><br> YOUNG BROTHERS, INC <br> P.O. BOX 3288 <br> HONOLULU, HI 96801 | | | | | | | 21,532.56 |
| **ACCOUNT NO.** 60185 <br><br> ADT SECURITY SERVICES <br> P.O. BOX 371956 <br> PITTSBURGH, PA 15250 | | | | | | | 20,143.56 |
| **ACCOUNT NO.** 34200 <br><br> NISSIN FOODS (USA) CO <br> P.O. BOX 512877 <br> LOS ANGELES, CA 90051 | | | | | | | 19,770.46 |
| **ACCOUNT NO.** 38000 <br><br> PROCTER & GAMBLE DIST. CO <br> P.O. BOX 100407 <br> PASEDENA., CA 91189-0407 | | | | | | | 43,821.66 |

Sheet no. __5__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page) $ 127,929.44

Total -> $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ ,  Case No. _____
                          (Debtor)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 17410 <br><br> CONAGRA FROZEN FOODS <br> P.O. BOX 10307 <br> PALATINE , IL 60055 | | | | | | | 17,395.96 |
| ACCOUNT NO. 17430 <br><br> CONNERS BRUNSWICK, INC <br> P.O. BOX 540 <br> SCARBOROUGH, ME 04070 | | | | | | | 16,683.46 |
| ACCOUNT NO. 18995 <br><br> DOLPHIN EXPRESS, INC <br> 4201 LONG BEACH BLVD. <br> SUITE 326 <br> LONG BEACH, CA 90807 | | | | | | | 19,137.25 |
| ACCOUNT NO. 80020 <br><br> CHRIS NAKAMURA <br> 2408 PAUOA ROAD <br> HONOLULU, HI 96813 | | | | | | | 16,490.00 |
| ACCOUNT NO. 22270 <br><br> H & W FOODS <br> P.O. BOX 3475 <br> HONOLULU, HI 96811 | | | | | | | 23,080.26 |

Sheet no. __6__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > (Total of this page)  $  92,786.93

Total - > (Use only on last page of the completed Schedule F)  $

(Report total also on Summary of Schedule)

In re_____ ,   Case No. _____
                  (Debtor)                                          (If known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**   48700 | | | | | | | |
| WEBCO HAWAII INC 2840 MOKUMOA ST. HONOLULU, HI 96819 | | | | | | | 10,933.27 |
| **ACCOUNT NO.**   30880 | | | | | | | |
| MAUI PINEAPPLE CO P.O. BOX 45252 SAN FRANCISCO, CA 94145 | | | | | | | 10,726.55 |
| **ACCOUNT NO.**   47800 | | | | | | | |
| VALLEY FRESH, INC P.O. BOX 661 BUFFALO, NY 14240 | | | | | | | 31,526.00 |
| **ACCOUNT NO.**   81240 | | | | | | | |
| PACIFIC HI LIFT SERVICE P.O. BOX 1837 AIEA, HI 96701 | | | | | | | 25,478.65 |
| **ACCOUNT NO.**   89050 | | | | | | | |
| ZEE MEDICAL SERVICE P.O. BOX 30587 HONOLULU, HI 96820 | | | | | | | 224.26 |

Sheet no. __7__ of _46_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >  $  78,888.73
(Total of this page)
Total - >  $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re_____ ,    Case No. _____
          (Debtor)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 25120<br><br>ITOEN (USA) INC.<br>125 PUUHALE ROAD<br>HONOLULU, HI 96819 | | | | | | | 14,997.52 |
| ACCOUNT NO. 23500<br><br>HILLSHIRE FARM & KAHN'S<br>P.O. BOX 70262<br>CHICAGO, IL 60673-0262 | | | | | | | 14,961.67 |
| ACCOUNT NO. 16250<br><br>CHEF AMERICA<br>GENERAL AMERICAN FOODS<br>P.O. BOX 513738<br>LOS ANGELES, CA 90051 | | | | | | | 14,803.66 |
| ACCOUNT NO. 64830<br><br>MARCUS & ASSOC., INC<br>1045 MAPUNAPUNA ST.<br>HONOLULU, HI 96819 | | | | | | | 14,298.75 |
| ACCOUNT NO. 22640<br><br>HAWAIIAN CHARCOAL CO.<br>83 KANILLA<br>WAILUKU, HI 96793 | | | | | | | 19,584.76 |

Sheet no. __8__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >   $    78,646.36
(Total of this page)
Total - >   $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ ,   Case No. _____
　　　　　　　　(Debtor)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 20010 <br><br> FISHLAND MARKET, LTD. <br> 117-C AHUI STREET <br> HONGLULU, HI 96813 | | | | | | | 253.26 |
| **ACCOUNT NO.** 30700 <br><br> MATSON NAVIGATION COMPANY <br> P.O. BOX 31000 <br> HONOLULU, HI 96849-5054 | | | | | | | 245.95 |
| **ACCOUNT NO.** 60140 <br><br> ACCU-PEST TERMITE CONTROL <br> 1797 WILI AP LOOP #3 <br> P.O. BOX 2213 <br> WAILUKU, HI 96793 | | | | | | | 244.79 |
| **ACCOUNT NO.** 78200 <br><br> MAUI OFFICE MACHINES, INC. <br> 280 HOOKAHI STREET <br> WAILUKU, HI 96793 | | | | | | | 236.70 |
| **ACCOUNT NO.** 35160 <br><br> PACIFIC INTE RICE MILLS <br> P. O. BOX 652 <br> WOODLAND, CA 95695 | | | | | | | 76,419.71 |

Sheet no. __9__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page)　$ 77,400.41

Total -> $

(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re_____ ,   Case No. _____
                (Debtor)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  25950 <br><br> JOSEPH GALLO FARMS <br> P.O. BOX 6000 <br> SAN FRANCISCO, CA 94161 | | | | | | | 8,406.68 |
| ACCOUNT NO.  22260 <br><br> HAWAIIAN HOUSEWARE LTD. <br> P.O. BOX 820 <br> PEARL CITY, HI 96782 | | | | | | | 8,345.99 |
| ACCOUNT NO.  63000 <br><br> BOARD OF WATER WUPPLY <br> 630 S. BERETANIA STREET <br> HONOLULU, HI 96843 | | | | | | | 7,967.85 |
| ACCOUNT NO.  32700 <br><br> MORTON SALT DIVISION <br> P.O. BOX 100020 <br> PASADENA, CA 91189 | | | | | | | 7,446.61 |
| ACCOUNT NO.  33945 <br><br> NESCO FRUIT SYRUPS <br> 99-1277 HALAWA VALLEY ST. <br> AIEA, HI 96701 | | | | | | | 39,566.70 |

Sheet no. __10__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page)    $    71,733.83

Total -> $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re_____,    Case No. _____
                (Debtor)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 34350 <br><br> NOMURA AND CO., INC. <br> 40 BRODERICK ROAD <br> BURLINGAME, CA 94010 | | | | | | | 13,646.62 |
| ACCOUNT NO. 23150 <br><br> HAWAIIAN PAAKAI, INC. <br> 1718 HOE STREET <br> HONOLULU, HI 96819 | | | | | | | 13,201.35 |
| ACCOUNT NO. 22000 <br><br> GORTON'S OF GLOUCHESTER <br> P.O. BOX 101483 <br> ATLANTA, GA 30392 | | | | | | | 13,179.65 |
| ACCOUNT NO. 10900 <br><br> ALOHA SHOYU CO., LTD. <br> 96-1205 WAIHONA STREET <br> PEARL CITY, HI 96782 | | | | | | | 11,936.45 |
| ACCOUNT NO. <br><br> | | | | | | | |

Sheet no. _11_ of _46_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > $ 51,964.07
(Total of this page)

Total - > $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ ,   Case No. _____
                    (Debtor)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 69190 <br><br> HAFADONE PRINTING CO <br> 274 PUUHALE ROAD <br> HONOLULU, HI 96819 | | | | | | | 218.75 |
| **ACCOUNT NO.** 70745 <br><br> HAWAII SOUND SYSTEMS, INC <br> P.O. BOX 31000 <br> HONOLULU, HI 96849 | | | | | | | 218.70 |
| **ACCOUNT NO.** 64580 <br><br> COSCO SUPPLY <br> P.O. BOX 2897 <br> HONOLULU, HI 96802 | | | | | | | 212.76 |
| **ACCOUNT NO.** <br><br> | | | | | | | |
| **ACCOUNT NO.** <br><br> | | | | | | | 43,821.66 |

Sheet no. __12__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >
(Total of this page)     $   44,471.87

Total - >                $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ , Case No. _____
                    (Debtor)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 81900 | | | | | | | |
| PRECISION WOOD OF HAWAII 91-466 KOMOHANA ST. HONOLULU, HI 96707 | | | | | | | 9,592.05 |
| **ACCOUNT NO.** 43500 | | | | | | | |
| SPECTRUM GROUP P.O. BOX 60202 ST LOUIS, MO 63160-0202 | | | | | | | 9,134.98 |
| **ACCOUNT NO.** 62810 | | | | | | | |
| BROWNING FERRIS INDUSTRIES P.O. BOX 28150 HONOLULU, HI 96820 | | | | | | | 9,122.67 |
| **ACCOUNT NO.** 39400 | | | | | | | |
| REYNOLDS ,TEL CO P.O. BOX 500619 ST. LOUIS, MO 63150-0619 | | | | | | | 7,403.19 |
| **ACCOUNT NO.** 73800 | | | | | | | |
| IBM CORP- W7C DEPT 1896 P.O. BOX 61000 SAN FRANCISCO, CA 94161 | | | | | | | 8,897.38 |

Sheet no. __13__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > (Total of this page) $      44,150.27

Total - > $

(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ ,     Case No. _____
      (Debtor)                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 76060 <br><br> KPMG MARWICK LLP <br> P.O. BOX 4150 <br> HONOLULU, HI 96812 | | | | | | | 7,291.00 |
| ACCOUNT NO. 78450 <br><br> MAZDA AMERICAN CREDIT <br> DEPT 5560701 <br> P.O. BOX 55000 <br> DETROIT, MI 48255-0607 | | | | | | | 7,168.06 |
| ACCOUNT NO. 67900 <br><br> FOOD PROTECTION SERV. <br> 95-715 HINALII ST. <br> MILILANI, HI 96789 | | | | | | | 7,013.13 |
| ACCOUNT NO. 26250 <br><br> KAUAI FREIGHT SERC <br> P.O BOX 1866 <br> LIHUE, HI 96766 | | | | | | | 6,861.98 |
| ACCOUNT NO. 88172 <br><br> WDI COMPANIES, INC <br> 2627 KILIHAU ST. <br> LIC#C -12717 <br> HONOLULU, HI 96819-2021 | | | | | | | 6,749.96 |

Sheet no. _14_ of _46_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> $    35,084.13
(Total of this page)

Total -> $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____, Case No. _____
                    (Debtor)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.                48490 | | | | | | | |
| VILLA ROMA<br>DIV OF HEATHERFIELD FOODS<br>245 W POMONA BLVD<br>MONTEREY PARK, CA 91754 | | | | | | | 2,378.34 |
| ACCOUNT NO.                76063 | | | | | | | |
| KRISCOLE INC.<br>94-199 LEONUI STREET<br>WAIPAHU, HI 96797 | | | | | | | 2,359.13 |
| ACCOUNT NO.                19000 | | | | | | | |
| FAULTLESS STARCH/<br>BON AMI COMPANY<br>P.O. BOX 412421<br>KANSAS CITY, MO 64141 | | | | | | | 2,315.20 |
| ACCOUNT NO.                19870 | | | | | | | |
| FAR WEST RICE<br>P.O. BOX 370<br>DURHAM, CA 95938 | | | | | | | 25,021.62 |
| ACCOUNT NO. | | | | | | | |
| | | | | | | | |

Sheet no. __15__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page) $ 32,074.29

Total -> (Use only on last page of the completed Schedule F) $

(Report total also on Summary of Schedule)

In re _____ ,    Case No. _____

               (Debtor)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　　10180 | | | | | | | |
| AGRILINK FOODS P.O. BOX 98222 CHICAGO , IL 60693 | | | | | | | 6,563.02 |
| ACCOUNT NO.　　62320 | | | | | | | |
| AT EIT P.O. BOX 2969 OMAHA, NE 68103-2969 | | | | | | | 6,533.63 |
| ACCOUNT NO.　　35250 | | | | | | | |
| ONO CONES 98-723 #C KUAHAO PLACE PEARL CITY, HI 96782 | | | | | | | 6,202.40 |
| ACCOUNT NO.　　48530 | | | | | | | |
| VITASOY (USA) INC 400 OYSTER PT BLVD. STE 201 S SAN FRANCISCO, CA 94080 | | | | | | | 6,034.80 |
| ACCOUNT NO.　　47680 | | | | | | | |
| USA DETERGENTS INC P.O.BOX 643024 PITTSBURGH, PA 15264 | | | | | | | 5,904.00 |

Sheet no. __16__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >    $    31,237.85
(Total of this page)

Total - >    $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ , Case No. _____
         (Debtor)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 15250 <br><br> CALIFORNIA PACIFIC CONSOLIDATORS, INC P.O. BOX 57136 HAYWARD, CA 94545 | | | | | | | 4,234.61 |
| ACCOUNT NO. 12470 <br><br> AUTHENTIC SPECIALTY FOODS P.O. BOX 30358 LOS ANGELES, CA 90030-0358 | | | | | | | 4,210.89 |
| ACCOUNT NO. 81230 <br><br> PACIFIC GURADIAN LIFE 1440 KAPIOLANI BLVD. HONOLULU, HI 96814 | | | | | | | 3,826.05 |
| ACCOUNT NO. 27650 <br><br> LAND O' FROST, INC P.O. BOX 353 LANSING, IL 60438-1190 | | | | | | | 3,809.65 |
| ACCOUNT NO. 22915 <br><br> HAWN FRUIT SPECIALTIES P.O. BOX 80 KILAUEA, HI 96754 | | | | | | | 13,700.56 |

Sheet no. __17__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal - > (Total of this page) | $ 29,781.76 |
| Total - > (Use only on last page of the completed Schedule F) | $ |

(Report total also on Summary of Schedule)

Form B6F(Cont.)

In re _____ , Case No. _____
                (Debtor)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  72150 <br><br> GTE HAWAIIAN TEL <br> PAYMENT PROCESSING CTR <br> INGLEWOOD, CA 90313-0001 | | | | | | | 5,683.95 |
| ACCOUNT NO.  83450 <br><br> SAVE-A- $ CLUB OF HI <br> P.O. BOX 380029 <br> HONOLULU, HI 96838 | | | | | | | 5,643.30 |
| ACCOUNT NO.  65830 <br><br> DIAMOND HEAD PETROLEUM <br> 2827 KAIHIKAPU ST. <br> HONOLULU, HI 96819 | | | | | | | 5,577.71 |
| ACCOUNT NO.  18780 <br><br> DEPENDABLE HAWN EXPRESS <br> 19201 SUSANA RD. <br> RANCHO DOMINGUZ, CA 90221 | | | | | | | 5,505.52 |
| ACCOUNT NO.  27600 <br><br> LAND O' LAKES, INC <br> P.O.BOX 840897 <br> DALLAS TX 75284 | | | | | | | 5,212.71 |

Sheet no. __18__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > $ 27,623.19
(Total of this page)

Total - > $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

Forms Inc • 800 854-1080 • Form B6F(Cont.)

In re _____ , Case No. _____
                    (Debtor)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 28530<br><br>LILIHA BAKERY, CO<br>515 N KUAKINI ST<br>HONOLULU, HI 96817 | | | | | | | 5,041.54 |
| **ACCOUNT NO.** 61360<br><br>ALII REFUSE CORP<br>P.O. BOX 31151<br>HONOLULU, HI 96820 | | | | | | | 4,799.19 |
| **ACCOUNT NO.** 82360<br><br>REYNOLD & REYNOLDS<br>P.O. BOX 77096<br>DETROIT, MI 48277 | | | | | | | 4,652.67 |
| **ACCOUNT NO.** 48800<br><br>WELCH FOODS  FILE 7252<br>P.O.BOX 60000<br>SAN FRANCISCO, CA 94160 | | | | | | | 4,250.62 |
| **ACCOUNT NO.** 12440<br><br>AUSMAC, INC<br>DBA MAMMA BELLA FOODS<br>5100 RIVERGRADE  ROAD<br>BALDWIN PARK, CA 91706 | | | | | | | 4,615.20 |

Sheet no. **19** of **46** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >
(Total of this page) $ 23,359.22

Total - >
(Use only on last page of the completed Schedule F) $

(Report total also on Summary of Schedule)

Form B6F(Cont.)

In re_____,    Case No. _____
                    (Debtor)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** | | | | | | | |
| | | | | | | | |
| **ACCOUNT NO.** 16650 CHURNY COMPANY INC P.O. BOX 93562 CHICAGO, IL 60673 | | | | | | | 3,744.22 |
| **ACCOUNT NO.** 19860 FAMILIAR FOODS , INC P.O. BOX 90008 CITY OF INDUSTR, CA 91715 | | | | | | | 3,719.80 |
| **ACCOUNT NO.** 69023 GRANITE FINANCIAL DEPT. ATTN: ACCOUNTING DEPT DENVER, CO 80256-0325 | | | | | | | 8,635.00 |
| **ACCOUNT NO.** 30850 MAUI BEVERAGES & SUPPLIES WAILUKU INDUSTRIAL PARK 864-A KOLU STREET WAILUKU, HI 96793 | | | | | | | 3,572.05 |

Sheet no. __20_ of _46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> $ 19,671.06 (Total of this page)

Total -> $ (Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ ,    Case No. _____
            (Debtor)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 82242 <br><br> REFRIGERATION SERVICES <br> 2276 PAHOUNUI DRIVE <br> HONOLULU, HI 96819 | | | | | | | 3,560.96 |
| ACCOUNT NO. 46250 <br><br> 46250 TONES BROTHERS, INC. <br> DEPT. 4096 <br> LOS ANGELES, CA 90096 | | | | | | | 3,493.20 |
| ACCOUNT NO. 63080 <br><br> BUSINESS AUTOMATION, INC. <br> 507 E. LANIKAULA ST. <br> HILO, HI 96720 | | | | | | | 3,437.51 |
| ACCOUNT NO. 22650 <br><br> HAWAIIAN COMMERCIAL & <br> SUGAR COMPANY <br> P.O. BOX 266 <br> PUUNENE, HI 96784 | | | | | | | 3,434.16 |
| ACCOUNT NO. 29400 <br><br> MCILHENNY COMPANY <br> P.O. BOX 95337 <br> NEW ORLEANS, LA 70195 | | | | | | | 3,357.33 |

Sheet no. __21_ of _46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal -> (Total of this page) | $   17,283.16 |
| Total -> (Use only on last page of the completed Schedule F) | $ |

(Report total also on Summary of Schedule)

In re _____ ,   Case No. _____
                    (Debtor)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.　81400　　PD REPAIR SERVICE 140 N. MARKET ST. #200 WAILUKU, HI 96793 | | | | | | | 2,937.22 |
| ACCOUNT NO.　80600　　OAHU TIRE SERVICE 655 MAPUNAPUNA ST. HONOLULU, HI 96819 | | | | | | | 2,921.40 |
| ACCOUNT NO.　63070　　BUDGET RENT A CAR SYSTEMS P.O. BOX 74705 CHICAGO, IL 60694-4705 | | | | | | | 2,908.70 |
| ACCOUNT NO.　78000　　MAUI ELECTRIC COMPANY P.O. BOX 398 KAHULUI, HI 96732 | | | | | | | 2,799.92 |
| ACCOUNT NO.　88144　　WAIEHU SHELL 270 WAIEHU BEACH ROAD WAILUKU, HI 9693 | | | | | | | 2,722.92 |

Sheet no. __22__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >
(Total of this page)   $   14,290.16

Total - >
(Use only on last page of the completed Schedule F)   $

(Report total also on Summary of Schedule)

In re _____ , Case No. _____
(Debtor)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  23400  HI COUNTRY FOODS P.O. BOX 338 SELAH, WA 98942 | | | | | | | 4,562.97 |
| ACCOUNT NO.  84000  SENTINEL SILENT ALARM 99-1036 IWAENA STREET AIEA, HI 96701 | | | | | | | 4,372.40 |
| ACCOUNT NO.  23250  HEINZ PET PRODUCTS DEPT. AT 40181 ATLANTA, GA 31192 | | | | | | | 4,313.55 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __23__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> $ 13,248.92
(Total of this page)

Total -> $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re_____,    Case No. _____
            (Debtor)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND-WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 20130<br><br>FLEMING COMPANIES<br>91-315 HANUA ST.<br>KAPOLEI, HI 96707 | | | | | | | 2,643.69 |
| ACCOUNT NO. 87670<br><br>UNISOURCE CORPORATION<br>P.O. BOX 1300<br>HONOLULU, HI 96807 | | | | | | | 2,633.13 |
| ACCOUNT NO. 72701<br><br>HONOLULU DISPOSAL SERVICE<br>P.O. BOX 30968<br>HONOLULU, HI 96820 | | | | | | | 2,630.43 |
| ACCOUNT NO. 44510<br><br>SUGAR FOODS CORP.<br>DRAWER CS 198372<br>ATLANTA, GA 30384 | | | | | | | 2,604.80 |
| ACCOUNT NO. 82270<br><br>REMEDY INTELLIGENT STAFFING<br>FILE #54122<br>LOS ANGELES, CA 90074 | | | | | | | 2,602.04 |

Sheet no. __24__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal -> | $ | 13,114.09
(Total of this page)

Total -> | $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re_____,    Case No. _____
                    (Debtor)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 16900 <br><br> CLOUGHERTY PACKING CO. FILE 55409 LOS ANGELES, CA 90074 | | | | | | | 2,570.16 |
| **ACCOUNT NO.** 16100 <br><br> CHALLENGE DAIRY PRODUCTS FILE NO 81901 BOX 60000 SAN FRANCISCO, CA 94160 | | | | | | | 2,559.57 |
| **ACCOUNT NO.** 68600 <br><br> GASPRO, INC P.O. BOX 30707 HONOLULU, HI 96820 | | | | | | | 2,554.93 |
| **ACCOUNT NO.** 61400 <br><br> ALOHA AIRLINES P.O. BOX 29938 HONOLULU, HI 96820 | | | | | | | 2,459.19 |
| **ACCOUNT NO.** 22400 <br><br> Y. HATA & CO., LTD P.O. BOX 3770 HONOLULU, HI 96812 | | | | | | | 2,415.15 |

Sheet no. __25_ of __46_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > (Total of this page)  $ 12,559.00

Total - > (Use only on last page of the completed Schedule F)  $

(Report total also on Summary of Schedule)

In re _____ ,   Case No. _____
                    (Debtor)                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 23900 <br><br> HONOLULU BROOM FACTORY <br> P.O. BOX 1691 <br> HONOLULU, HI 96806 | | | | | | | 3,160.32 |
| **ACCOUNT NO.** <br><br> | | | | | | | |
| **ACCOUNT NO.** 81610 <br><br> PITNEY BOWES CREDIT CORP <br> P.O. BOX 5151 <br> SHELTON, CT 06484 | | | | | | | 3,080.84 |
| **ACCOUNT NO.** 32400 <br><br> THE MORNINGSTAR GROUP <br> P.O. BOX 96430 <br> CHICAGO, IL 60693 | | | | | | | 3,023.57 |
| **ACCOUNT NO.** 42920 <br><br> SIOUX HONEY ASSOCIATION <br> P.O. BOX 502579 <br> ST. LOUIS, MO 63150 | | | | | | | 2,949.10 |

Sheet no. __26_ of _46_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page)   $ **12,213.83**

Total -> (Use only on last page of the completed Schedule F)   $

(Report total also on Summary of Schedule)

In re _____    Case No. _____
                    (Debtor)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  37850 <br><br> PRESTO PRODUCTS, CO. <br> P.O. BOX 502608 <br> ST. LOUIS, MO  63150-2608 | | | | | | | 2,301.90 |
| ACCOUNT NO.  50370 <br><br> YOSHIDA FOOD PRODUCTS CO. <br> 8440 N.E. ALDERWOOD RD. <br> SUITE A <br> PORTLAND, OR  97220 | | | | | | | 2,275.00 |
| ACCOUNT NO.  78700 <br><br> MBNA AMERICA <br> P.O. BOX 15469 <br> WILMINGTON, DE  19886 | | | | | | | 2,271.36 |
| ACCOUNT NO.  74335 <br><br> JAGUAR CREDIT CORPORATION <br> DEPT 5558901 <br> P.O. BOX 55000 <br> DETROIT, MI  48255 | | | | | | | 2,264.55 |
| ACCOUNT NO.  13050 <br><br> BIG VALLEY MKTG CORP. <br> FILE #73306 <br> P.O. BOX 60000 <br> SAN FRANCISCO, CA  94160 | | | | | | | 2,212.05 |

Sheet no. __27__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page) $ 11,324.86

Total -> $

(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re_____,    Case No. _____
        (Debtor)                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 32760<br><br>MOTT' INC.<br>P.O. BOX 75414<br>CHARLOTTE, NC 28228-9997 | | | | | | | 1,909.46 |
| ACCOUNT NO. 10950<br><br>ATLAPAC TRADING COMPANY<br>2240 SOUTH GARFIELD AVENUE<br>LOS ANGELES, CA 90040-1808 | | | | | | | 1,904.46 |
| ACCOUNT NO. 43420<br><br>SOUTHWEST TRADERS, INC.<br>27565 DIAZ<br>TEMECULA, CA 92590 | | | | | | | 1,877.41 |
| ACCOUNT NO. 16800<br><br>CLOROX SALES COMPANY<br>P.O. BOX 951015<br>DALLAS, TX 75395-1015 | | | | | | | 1,863.32 |
| ACCOUNT NO. 43000<br><br>J.M SMUCKERS COMPANY<br>P.O. BOX 100398<br>PASADENA, CA 91189 | | | | | | | 1,858.15 |
| | | | | Subtotal - ><br>(Total of this page) | | | $ 9,412.80 |
| | | | | Total - > | | | $ |

Sheet no. __28__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re_____, Case No. _____
                    (Debtor)                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.      12850 <br><br> BELL-CARTER FOODS, INC. <br> P.O. BOX 95544 <br> CHICAGO, IL 60694 | | | | | | | 2,212.05 |
| ACCOUNT NO.      12880 <br><br> BEL/KAUKAUNA USA <br> BOX 68-9430 <br> MILWAUKEE, WI 53268 | | | | | | | 2,175.00 |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| ACCOUNT NO.      72610 <br><br> GTE WIRELESS <br> (999)009-5911 <br> P.O. BOX 29030 <br> HONOLULU, HI 96820 | | | | | | | 2,130.85 |
| ACCOUNT NO.      44300 <br><br> STINSON SEAFOOD COMPANY <br> P.O. BOX 910604 <br> FILE #5285 <br> DALLA, TX 75391-0604 | | | | | | | 2,120.40 |

Sheet no. __29__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> $ 8,638.30
(Total of this page)
Total -> $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ ,    Case No. _____
                    (Debtor)                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        13000 <br><br> BERTOLLI U.S.A., INC. <br> P.O. BOX 751952 <br> CHARLOTTE, NC 28275-1952 | | | | | | | 2,117.16 |
| ACCOUNT NO.        80810 <br><br> OAHU SALES, INC. <br> 1724 KALANI STREET <br> HONOLULU, HI 96819 | | | | | | | 2,079.64 |
| ACCOUNT NO.        72990 <br><br> ILIKAI HOTEL <br> 1777 ALA MOANA <br> HONOLULU, HI 96815 | | | | | | | 2,079.25 |
| ACCOUNT NO.        65820 <br><br> DHL WORKDWIDE EXPRESS <br> P.O. BOX 78016 <br> PHOENIX, AZ 85062 | | | | | | | 2,073.00 |
| ACCOUNT NO. <br><br><br> | | | | | | | |
| | | | | Subtotal -> <br> (Total of this page) | | | $ 8,349.05 |
| | | | | Total -> <br> (Use only on last page of the completed Schedule F) | | | $ |

Sheet no. __30__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Report total also on Summary of Schedule)

In re _____ ,   Case No. _____
                    (Debtor)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.          75000  KAUAI ELECTRIC P.O. BOX 300 LIHUE, HI 96766 | | | | | | | 1,608.40 |
| ACCOUNT NO.          12600  D.D. BEAN & SONS CO P.O. BOX 30396 HARTFORD, CT 061500396 | | | | | | | 1,540.00 |
| ACCOUNT NO.          68650  GECC HAWAII BUILDING P.O. BOX 380041 HONOLULU, HI 968380041 | | | | | | | 1,538.75 |
| ACCOUNT NO.          67050  FIRST HAWAIIAN LEASING. INC 1314 SOUTH KING ST HONOLULU, HI 96814 | | | | | | | 1,485.54 |
| ACCOUNT NO.          19890  FARMLAND FOODS INC CUSTOMER ACCOUNTS P.O. BOX 27-266 KANSAS CITY , MO 64180 | | | | | | | 1,509.90 |

Sheet no. __31__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal - > (Total of this page) | $ | 7,682.59 |
|---|---|---|---|
| | Total - > (Use only on last page of the completed Schedule F) | $ | |

(Report total also on Summary of Schedule)

In re _____ ,   Case No. _____
                    (Debtor)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 60600 <br><br> A.LERT HOLDING GROUP, INC <br> 2668 WAIWAI LOOP <br> HONOLULU, HI 96813 | | | | | | | 1,468.76 |
| **ACCOUNT NO.** 60150 <br><br> ACCOUNTEMPS FILE 73484 <br> P.O. BOX 60000 <br> SAN FRANCISCO, CA 941603484 | | | | | | | 1,465.92 |
| **ACCOUNT NO.** 68630 <br><br> GE CAPITAL <br> P.O. BOX 31001-0270 <br> PASEDENA, CA 911100270 | | | | | | | 1,428.12 |
| **ACCOUNT NO.** 88860 <br><br> XEROX CORPORATIONS <br> P.O. BOX 7405 <br> PASEDENA, CA 91109-7405 | | | | | | | 1,341.60 |
| **ACCOUNT NO.** 64200 <br><br> CLARKLIFT PACIFIC <br> AKA E.M. ENTERPRISE, INC <br> 2110 AUIKI STREET <br> HONOLULU, HI 96819 | | | | | | | 1,484.36 |

Sheet no. __32__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >
(Total of this page)   $   7,188.76

Total - >
(Use only on last page of the completed Schedule F)   $

(Report total also on Summary of Schedule)

In re _____ ,    Case No. _____
                          (Debtor)                                              (If known)


# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  24000  HONOLULU FREIGHT SERVICE  P.O. BOX 169  HONOLULU, HI 96810 | | | | | | | 1,851.31 |
| ACCOUNT NO.  33960  NESTLE USA, INC.  FILE 54530  LOS ANGELES, CA 90074-4530 | | | | | | | 1,839.58 |
| ACCOUNT NO.  16560  CHIKARA PRODUCTS, INC.  99-1245 HALAWA VALLEY ST.  AIEA, HI 96701 | | | | | | | 1,698.95 |
| ACCOUNT NO.  46080  TILLAMOOK COUNTY CREAMERY  UNIT 45  P.O. BOX 4500  PORTLAND, OR 97208 | | | | | | | 1,615.35 |
| ACCOUNT NO. | | | | | | | |

Sheet no. __33_ of _46_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> $ 7,005.19
(Total of this page)
Total -> $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re_____ ,    Case No. _____
           (Debtor)                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 28000 <br><br> LEA & PERRINS, INC <br> P.O. BOX 7247-8131 <br> PHILADELPHIA, PA 19170 | | | | | | | 1,339.20 |
| **ACCOUNT NO.** 82100 <br><br> QUALITY TRAVEL, INC <br> 1600 KAPIOLANI BLVE SUITE 918 <br> HONOLULU, HI 96814 | | | | | | | 1,304.07 |
| **ACCOUNT NO.** 21580 <br><br> G.L. MEZZETTA <br> P.O. BOX 45052 <br> SAN FRANCISCO, CA 94145 | | | | | | | 1,289.70 |
| **ACCOUNT NO.** 32355 <br><br> MOODY DUNBAR, INC <br> P.O. BOX 440305 <br> MNASHVILLE , TN 37244 | | | | | | | 1,255.15 |
| **ACCOUNT NO.** 85001 <br><br> STERLING COMMERCE CVG <br> COMMERCE SERVICES GROUP <br> P.O.BOX 73199 <br> CJICAGO, IL 60673 | | | | | | | 1,283.15 |

Sheet no. __34__ of __46__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page)    $    6,471.27

Total ->    $

(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ , Case No. _____
       (Debtor)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 68420 <br><br> GARLOW PETROLEUM <br> P.O. BOX 2967 <br> HONOLULU, HI 96820 | | | | | | | 1,223.62 |
| **ACCOUNT NO.** 35200 <br><br> OKUHARA FOODS <br> 881 NORTH KING ST. <br> HONOLULU, HI 96817 | | | | | | | 1,206.00 |
| **ACCOUNT NO.** 23190 <br><br> HARPO'S PIZZA <br> 477 KAPAHULU AVENUE <br> HONOLULU, HI 96815 | | | | | | | 1,199.98 |
| **ACCOUNT NO.** 62550 <br><br> BIG RED Q QUICKPRINT CTR. <br> 675 AUAHI STREET <br> HONOLULU, HI 96813 | | | | | | | 1,193.04 |
| **ACCOUNT NO.** 42600 <br><br> SIGNATURE BRANDS LLC <br> P.O.BOX 198391 <br> ATLANTA, GA 303848391 | | | | | | | 1,167.84 |

Sheet no. __35__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page) $ 5,990.48

Total -> $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ , Case No. _____
(Debtor)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 37570 PHILIPPINE FOOD DISTRIBUTOR 94-1228 HALELHUA STREET WAIPAHU, HI 96797 | | | | | | | 1,153.24 |
| **ACCOUNT NO.** 34130 NISHIMOTO TRADING P.O.BOX 636 HONOLULU, HI 96809 | | | | | | | 1,139.68 |
| **ACCOUNT NO.** 72790 HT&T CO. INC 311-A PACIFIC ST BLDG 5 HONOLULU, HI 96817 | | | | | | | 1,100.31 |
| **ACCOUNT NO.** 23100 HAWAIIAN FLOUR MILLS P.O. BOX 855 HONOLULU, HI 96808 | | | | | | | 1,088.56 |
| **ACCOUNT NO.** 36080 PACIFIC AGRI-PRODUCT, INC 477 FORBES BLVD P.O. BOX 2764 SOUTH S.F. CA 94083 | | | | | | | 1,096.00 |

Sheet no. __36__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal -> (Total of this page) | $ 5,577.79 |
| Total -> (Use only on last page of the completed Schedule F) | $ |

(Report total also on Summary of Schedule)

In re_____ ,    Case No. _____
        (Debtor)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 17850 <br><br> CONTINENTAL MILLS, INC. <br> P.O. BOX 34935 <br> DEPARTMENT 510 <br> SEATTLE, WA 98124 | | | | | | | 1,045.15 |
| **ACCOUNT NO.** 63450 <br><br> CHEMSYSTEMS, INC <br> P.O.BOX P.O.BOX 17716 <br> HONOLULU, HI 96817 | | | | | | | 979.15 |
| **ACCOUNT NO.** 87270 <br><br> UNITEK SOLVENT SERVICES INC <br> 2889 MOKUMOA STREET <br> HONOLULU, HI 96819 | | | | | | | 947.90 |
| **ACCOUNT NO.** 11750 <br><br> THE ANDREW JERGENS CO <br> 1434 SOLUTIONS CENTER <br> CHICAGO , IL 606771004 | | | | | | | 932.04 |
| **ACCOUNT NO.** 23170 <br><br> HAWAIIAN ROYAL TRADING CO <br> P.O.B OX 959-633 <br> HONOLULU, HI 96808 | | | | | | | 906.49 |

Sheet no. __37__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                       Subtotal - >    $    4,810.73
                      (Total of this page)
                            Total - >    $
      **(Use only on last page of the completed Schedule F)**

                   (Report total also on Summary of Schedule)

In re_____,  Case No._____
                    (Debtor)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 72620 <br><br> HAWAIIAN WIRELESS <br> P.O. BOX 29260 <br> HONOLULU, HI 96820 | | | | | | | 884.37 |
| **ACCOUNT NO.** 41200 <br><br> SANDWICH ISLE JAMS & HONEY <br> PMB 107 <br> 75-1027 HENRY ST., 111A <br> KAILUA-KONA, HI 96740-3137 | | | | | | | 861.60 |
| **ACCOUNT NO.** 88146 <br><br> WAILUKU TIRE CENTER <br> 762 LOWER MAIN STREET <br> WAILUKU, HI 96793 | | | | | | | 853.10 |
| **ACCOUNT NO.** 48020 <br><br> VALLEY ISLE PRODUCE, INC. <br> P.O. BOX 517 <br> KAHULUI, HI 96732 | | | | | | | 829.13 |
| **ACCOUNT NO.** 68673 <br><br> GMAC PAYMENT PROCESSING <br> P.O. BOX 6009 <br> INGLEWOOD, CA 90312 | | | | | | | 828.06 |

Sheet no. **38** of **46** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal ->  (Total of this page)  **$ 4,256.26**

Total ->  **$**
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ ,   Case No. _____
                    (Debtor)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND/WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 10100 <br><br> A-OK PRODUCTS INC. <br> 611 PIERCE STREET <br> BLK RIVER FALLS, WI 54615 | | | | | | | 820.80 |
| **ACCOUNT NO.** 22890 <br><br> HAWAIIAN EATERIES INC. <br> 46-168 MALINA PLACE <br> KANEOHE, HI 96744 | | | | | | | 790.50 |
| **ACCOUNT NO.** 64250 <br><br> COAST TO COAST COMPUTER <br> P.O. BOX 2418 <br> NORTH HILLS, CA 91393-2418 | | | | | | | 763.32 |
| **ACCOUNT NO.** 62430 <br><br> BACON UNIVERSAL CO., INC. <br> 918 AHUA STREET <br> HONOLULU, HI 96819 | | | | | | | 751.94 |
| **ACCOUNT NO.** 70215 <br><br> HAWAII LOGISTIC SERVICES <br> 91-315 HANUA STREET <br> KAPOLEI, HI 96707 | | | | | | | 722.46 |

Sheet no. __39__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page)   $   3,849.02

Total -> $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____,   Case No. _____
              (Debtor)                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   63430 <br><br> CHEMSEARCH <br> P.O. BOX 971269 <br> DALLAS, TX  75397 | | | | | | | 692.26 |
| ACCOUNT NO.   75950 <br><br> KILGO COMPANY, INC. <br> 180 SAND ISLAND RD <br> HONOLULU, HI  96819 | | | | | | | 681.94 |
| ACCOUNT NO.   43300 <br><br> SOLO CUP COMPANY <br> P.O. BOX 92172 <br> CHICAGO, IL  60675-2172 | | | | | | | 672.50 |
| ACCOUNT NO.   16600 <br><br> CHURCH & DWIGHT COMPANY <br> P.O. BOX 95055 <br> CHICAGO, IL  60694 | | | | | | | 669.60 |
| ACCOUNT NO.   18150 <br><br> CROWN PRINCE, INC. <br> DEPT. 0103 <br> LOS ANGELES, CA 90084-0103 | | | | | | | 669.00 |

Sheet no. _40_ of _46_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> $  3,385.30
(Total of this page)
Total -> $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ ,    Case No. _____
           (Debtor)                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 18980 <br><br> DOLE PACKAGED FOODS <br> 5795 LINDERO CANYON ROAD <br> WESTLAKE VILLAGE, CA 91362-4013 | | | | | | | 644.24 |
| **ACCOUNT NO.** 49450 <br><br> THE WILKINSON ALLIANCE <br> P.O. BOX J <br> LAIE, HI 96762 | | | | | | | 600.00 |
| **ACCOUNT NO.** 68350 <br><br> GARDEN ISLE DISPOSAL, INC. <br> 2666 NIUMALU ROAD <br> LIHUE, HI 96766 | | | | | | | 545.76 |
| **ACCOUNT NO.** 37610 <br><br> POMPEIAN, INC. <br> P.O. BOX 8863 <br> BALTIMORE, MD 21224 | | | | | | | 529.50 |
| **ACCOUNT NO.** 22580 <br><br> HAWAII TRANSFER CO., LTD. <br> P.O. BOX 665 <br> PEARL CITY, HI 96782 | | | | | | | 527.88 |

Sheet no. __41__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >   $ 2,847.38
(Total of this page)

Total - >   $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re _____ ,    Case No. _____
               (Debtor)                                             (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 74350 <br><br> JECO AIR CONDITIONING INC. <br> P.O. BOX 40 <br> KAHULUI, HI 96732 | | | | | | | 519.32 |
| **ACCOUNT NO.** 47600 <br><br> UNICOLD CORPORATION <br> 3140 UALENA STREET <br> HONOLULI, HI 96819 | | | | | | | 509.98 |
| **ACCOUNT NO.** 69025 <br><br> GRAPHIC PROMOTIONS, INC. <br> P.O. BOX 502929 <br> ST. LOUIS, MO 63150 | | | | | | | 496.80 |
| **ACCOUNT NO.** 80230 <br><br> NISSAN MOTOR ACCEPTANCE <br> DEPT. 4748 <br> LOS ANGELES, CA 90096-4748 | | | | | | | 474.64 |
| **ACCOUNT NO.** 80840 <br><br> OFFICE DEPOT <br> DEPT. 56-6156095899 <br> P.O. BOX 30292 <br> SALT LAKE CITY, UT 84130 | | | | | | | 491.23 |

Sheet no. __42__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page)   $   2,491.97

Total -> (Use only on last page of the completed Schedule F)   $

(Report total also on Summary of Schedule)

In re_____ , Case No. _____
                    (Debtor)                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 72750<br><br>HOPACO-BOISE CASCAADE<br>FILE 42256<br>LOS ANGELES, CA 90074 | | | | | | | 447.23 |
| ACCOUNT NO. 35000<br><br>OH BOY! CORPORATION<br>P.O. BOX 923490<br>SYLMAR, CA 91392 | | | | | | | 441.88 |
| ACCOUNT NO. 81380<br><br>PAPERSOURCE HAWAII, INC.<br>91-210 HANUA STREET<br>KAPOLEI, HI 96707 | | | | | | | 435.93 |
| ACCOUNT NO. 79930<br><br>NAKAI ELECTRICAL SERVICE<br>1734 REPUBLICAN ST<br>HONOLULU, HI 96819 | | | | | | | 423.43 |
| ACCOUNT NO. 44700<br><br>SUN-DIAMOND GROWERS<br>P.O. BOX 44193<br>TISHMAN BUILDING<br>SAN FRANCISCO, CA 94144 | | | | | | | 421.89 |

Sheet no. __43__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> $    2,170.36
(Total of this page)

Total -> $
(Use only on last page of the completed Schedule F)

(Report total also on Summary of Schedule)

In re_____,  Case No. _____
                    (Debtor)                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND WIFE JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 85750 <br><br> TERMINIX INTERNATIONAL <br> 1024B KIKOWAENA PLACE <br> HONOLULU, HI 96819 | | | | | | | 421.86 |
| ACCOUNT NO. 74600 <br><br> JOAN M. JOHNSON COMPANY <br> P.O. BOX 10400 <br> HONOLULU, HI 96816 | | | | | | | 406.45 |
| ACCOUNT NO. 81215 <br><br> PACIFIC EXPRESS, INC. <br> P.O. BOX 114 <br> HONOLULU, HI 96810 | | | | | | | 348.20 |
| ACCOUNT NO. 82350 <br><br> REX TIRE & SUPPLY <br> P.O. BOX 30622 <br> HONOLULU, HI 96820 | | | | | | | 348.07 |
| ACCOUNT NO. 30400 <br><br> S. MARTINELLI & COMPANY <br> DEPT. #44647 <br> P.O. BOX 44000 <br> SAN FRANCISCO, CA 94144 | | | | | | | 388.00 |

Sheet no. __44__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - > (Total of this page)   $ 1,912.58

Total - > (Use only on last page of the completed Schedule F)   $

(Report total also on Summary of Schedule)

In re _____ ,    Case No. _____
                     (Debtor)                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.        68480 | | | | | | | |
| GARY'S SERVICE, INC. 3187 KUHIO HWY. LIHUE ,HI 96766 | | | | | | | 345.33 |
| ACCOUNT NO.        64560 | | | | | | | |
| COPIERS HAWAII 511 KALIHI STREET HONOLULU, HI 96819-3268 | | | | | | | 327.61 |
| ACCOUNT NO.        72755 | | | | | | | |
| HOSE SERVICE INC. 1807 HOMERULE ST HONOLULU, HI 96819 | | | | | | | 289.88 |
| ACCOUNT NO.        71600 | | | | | | | |
| HAWAIIAN LIFT TRUCK, INC. 334 KALIHI STREET HONOLULU, HI 96819 | | | | | | | 263.24 |
| ACCOUNT NO.        66753 | | | | | | | |
| EDI SUPPORT SERVICES, INC. P.O. BOX 203 CHARDON, OH 44024-0203 | | | | | | | 260.00 |

Sheet no. __45__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal - >
(Total of this page)     $    1,486.06

Total - >
(Use only on last page of the completed Schedule F)     $

(Report total also on Summary of Schedule)

In re _____ , Case No. _____
                    (Debtor)                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND,WIFE,JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** 84730 <br><br> SNAP-ON TOOLS CORPORATION <br> 1227-W NORTH MARKET BLVD. <br> SACRAMENTO, CA 95834 | | | | | | | 720.62 |
| **ACCOUNT NO.** 68674 <br><br> GMAC PAYMENT PROCESSING <br> P.O. BOX 6009 <br> INGLEWOOD, CA 90312 | | | | | | | 719.62 |
| **ACCOUNT NO.** | | | | | | | |
| **ACCOUNT NO.** | | | | | | | |
| **ACCOUNT NO.** | | | | | | | |

Sheet no. __46__ of __46__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal -> (Total of this page)   $   1,440.24

Total -> (Use only on last page of the completed Schedule F)   $ 2,641,701.30

(Report total also on Summary of Schedule)

In re __HAWAIIAN GROCERY STORES, LTD.__ ,   Case No.___99-05157_____

Debtor                                    (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| KENNETH BROWN<br>1099 ALAKEA ST., STE 1170<br>HONOLULU, HI 96813 | LEASE ON HAW'N COLD STORAGE WAREHOUSE<br>348A PUUHALE ROAD<br>HONOLULU, HI 96819 |
| TSH DEVELOPMENT<br>80 SAND ISLAND ACCESS RD M-100<br>HONOLULU, HI 96819-4904 | LEASE ON HAW'N GROCERY STORES, LTD.<br>80 SAND ISLAND ACCESS RD M-100<br>HONOLULU, HI 96819 |
| 4384 MALAAI ST. PARTNERS<br>707 RICHARDS ST. , STE 101<br>HONOLULU, HI 96813 | LEASE ON WAREHOUSE MAUI<br>920 EHA ST.<br>WAILUKU, HI 96793 |
| MARCUS & ASSOCIATES<br>1045 MAPUNAPUNA ST.<br>HONOLULU, H 96819 | LEASE ON WAREHOUSE KAUAI<br>3651 F WHSE #1 LALA RD.<br>LIHUE, HI 96766 |
| GMAC<br>P.O. BOX 6009<br>INGLEWOOD, CA 90312 | VEHICLE LEASES |
| MAZDA AMERICAN CREDIT<br>DEPT. 5560701<br>P.O. BOX 55000<br>DETROIT, MI 48255-0607 | VEHICLE LEASES |
| FIRST HAW'N LEASING<br>1314 SOUTH KING ST.<br>HONOLULU, HI 96814 | VEHICLE LEASES |
| NISSAN MOTOR ACCEPTANCE CORP.<br>DEPT. 4748<br>LOS ANGELES, CA 90096 | VEHICLE LEASES |

In re __HAWAIIAN GROCERY STORES, LTD.___,   Case No.___99-05157_____
                    Debtor                                          (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| RICHARD LOEFFLER<br><br>GUARANTOR ON<br>COAST BUSINESS CREDIT | C/O HAWAIIAN GROCERY STORES, LTD.<br>80 SAND ISLAND ACCESS RD. STE 50<br>HONOLULU,  HI 96819 |

In re __HAWAIIAN GROCERY STORES, LTD.__ ,     Case No. ___99-05157_____
        Debtor                                                    (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of_____sheets.
and that they are true and correct to the best of my knowledge, information, and belief.     (Total shown on summary page plus 1.)

Date _____          Signature: _____
                                                                          Debtor


Date _____          Signature: _____
                                                                  (Joint Debtor, if any)
                                                        (If joint case, both spouses must sign.)

......................................................................................................................................................

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I Certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided
the debtor with a copy of this document.


_____          _____
Printed or Typed Name of Bankruptcy Petition Preparer          Social Security No.


_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:


If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.


X _____          _____
Signature of Bankruptcy Petition Preparer          Date


*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or
imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

......................................................................................................................................................

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____Vice-President/Treasurer__ [the president or other officer or an authorized agent of the corporation or a
member or an authorized agent of the partnership] of the __Hawaiian Grocery Store__ [corporation or partnership] named as debtor
in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
__fifty-five(55)__ __sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date ___1/3/00_____          Signature _~Ban Barber~_
                                                        _Bruce Barber_
                                                    [Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

......................................................................................................................................................

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 & 3571*