LEU & OKUDA
Attorneys at Law

RUSSELL LEU # 3714
Pioneer Plaza
900 Fort Street, Suite 1110
Honolulu, Hawaii 96813
Telephone:    (808)    538-1921
Facsimile:    (808)    523-9585

Attorney for Secured Creditor and Mortgagee
NESCO BEVERAGE, INC.

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF HAWAII

| In re: | ) | Case No. 99-05157-LK |
|---|---|---|
| HAWAIIAN GROCERY STORES, INC., | ) | NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS; CERTIFICATE OF SERVICE |
| Debtor. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned appears on behalf of the Nesco Beverage, Inc., a secured creditor herein.

Pursuant to Section 1109(b) of the Bankruptcy Code, Rules 1009, 2002, 3013, 3017, 4001, 004, 9007, 9019 and 9022 and other applicable Rules of the Bankruptcy Rules and any applicable Local Bankruptcy Rules, the foregoing secured creditor requests that all notice given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

>    RUSSELL K.L. LEU, ESQ.
>    LEU & OKUDA
>    Pioneer Plaza
>    900 Fort Street, Suite 1110
>    Honolulu, Hawaii 96813

195

In Addition thereto, the foregoing secured creditor requests, pursuant to Section 1109(b) of the Bankruptcy Code, that all applications, complaints, demands, motions, petitions, requests and other pleadings and any notices thereof which affect or seek to affect in any way any of the rights or interests of the foregoing secured creditor with respect to the Debtors or their estate be given to and served upon the undersigned at the address set for the above.

DATED: Honolulu, Hawaii, _____MAR 1 6 2000_____, 2000.

_____
RUSSELL K.L. LEU, ESQ.
Attorney for NESCO BEVERAGE, INC.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| In re: | ) CASE NO: 99-05157-LK |
|---|---|
| HAWAIIAN GROCERY STORES, INC., | ) CERTIFICATE OF SERVICE |
| Debtor. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for Service of Papers and Certificate of Service have been duly served upon the following parties by either hand-delivery and/or U.S. Mail, postage prepaid, on ___MAR 16 2000___ 2000:

Cuyler Shaw, Esq.
David C. Farmer, Esq.
Ashford & Wriston
Alii Place, Suite 1400
1099 Alakea Street
Honolulu, Hawaii 96813

Michael D. Hong, Esq.
David A. Kwock, Esq.
Hong & Kwock
Central Pacific Plaza
220 S. King Street, Suite 1220
Honolulu, Hawaii 96813
Attorneys for Hawaiian Grocery Stores, Inc.
    Debtor-in-Possession

Kurt Kawafuchi, Esq.
Roxann C. Bulman, Esq.
Dept. of the Attorney General
830 Punchbowl Street, Room 219
Honolulu, Hawaii 97813
Attorneys for Dept. of Taxation, State of Hawaii

J:\net\rk11\bkmfr2000\nesco-hawn.nsreq mp)

Carlito P. Caliboso, Esq.
Im Caliboso Yamamoto
1001 Bishop Street
Pacific Tower, Suite 2475
Honolulu, Hawaii 96813
Attorneys for General Motors Acceptance Corporation

Curtis Ching, Esq.
Office of United States Trustee
1132 Bishop Street, Suite 602
Honolulu, Hawaii 96813
Office of the United States Trustee

James K. Merkel
Gerber Products Company
445 State Street
Fremont, MI 59513-0001

Allen Evans
Full Circle, Inc.
P.O. Box 911386
Dallas, TX 75391
and
91-120 Hanua Street
Honolulu, Hawaii 96707

Stephen C. K. Lee
Hawaiian Pa'akai, Inc.
1718 Hoe Street
Honolulu, Hawaii 96819

Roger Apana
Hawaiian Charcoal
83 Kaniela Street
Wailuku, Hawaii 96793

SEE ATTACHED MATRIX LIST

                                          _____
                                          RUSSELL LEU
                                          Attorney for NESCO BEVERAGE, INC.

In re Hawaiian Grocery Stores, Ltd.
Case No. 99-05157 (Chapter 11)

MAILING MATRIX

3Y CORP.
P.O. Box 29669
Honolulu, Hawaii 96820

4384 MALAAI STREET PARTNERS
707 Richards Street, Suite 101
Honolulu, Hawaii 96813

ACCOUNTEMPS
File 73484
P.O. Box 60000
San Francisco, CA 94160-3484

ACCU-PEST TERMITE CONTROL
1797 Wili Pa Loop #3
P.O. Box 2213
Wailuku, Hawaii 96793

ACME FOOD SALES, INC.
P.O. Box 80525
Seattle, WA 98108

ADT SECURITY SERVICES
P.O. Box 371956
Pittsburgh, PA 15250

AFLAC
Attn: Remittance Proc. Serv.
1932 Wynnton
Columbus, GA 31999

AGRILINK FOODS
P.O. Box 98222
Chicago, IL 60693

ALERT HOLDINGS GROUP, INC.
2668 Waiwai Loop
Honolulu, Hawaii 96813

ALII REFUSE CORPORATION
P.O. Box 31151
Honolulu, Hawaii 96820-1151

ALL ISLAND SECURITY SYSTEMS
P.O. Box 1025
Hilo, Hawaii 96721-1025

ALOHA AIRLINES
P.O. Box 29938
Honolulu, Hawaii 96820

ALOHA SHOYU CO., LTD.
96-1205 Waihona Street
Pearl City, Hawaii 96782

ALSTON HUNT
Pacific Tower, 18th Floor
1001 Bishop Street
Honolulu, Hawaii 96813

AMERICAN PACIFIC TRANSPORT CO.
2635 Waiwai Loop
Honolulu, Hawaii 96819

A-OK PRODUCTS INC.
611 Pierce Street
Blk River Falls, WI 54615

AT&T
P.O. Box 2969
Omaha, NE 68103-2969

ATLAPAC TRADING COMPANY, INC.
2240 South Garfield Avenue
Los Angeles, CA 90040-1808

AUSMAC, INC.
dba Mamma Bella Foods
5100 Rivergrade Road
Baldwin Park, CA 91706

Exhibit "A"

AUTHENTIC SPECIALTY FOODS
P.O. Box 30358
Los Angeles, CA 90030-0358

BACON UNIVERSAL CO., INC.
918 Ahua Street
Honolulu, Hawaii 96819

BEL/KAUKAUNA U.S.A.
Box 68-9430
Milwaukee, WI 53268

BELL-CARTER FOODS, INC.
P.O. Box 95544
Chicago, IL 60694-5544

BERTOLLI U.S.A., INC.
P.O. Box 751952
Charlotte, NC 28275-1952

BIG RED Q QUICKPRINT CTR.
675 Auahi Street
Honolulu, Hawaii 96813

BIG VALLEY MKTG CORP.
File #73306
P.O. Box 60000
San Francisco, CA 94160

BOARD OF WATER SUPPLY
630 S. Beretania Street
Honolulu, Hawaii 96813

BROWNING FERRIS INDUSTRIES
P.O. Box 29150
Honolulu, Hawaii 96820

BUDGET RENT A CAR SYSTEMS
P.O. Box 74705
Chicago, IL 60694-4705

C&H SUGAR COMPANY
P.O. Box 45201
San Francisco, CA 94145

CALIFORNIA PACIFIC CONSOLIDATORS
P.O. Box 57136
Hayward, CA 94545

CERTIFIED GROCERS
Attn: Rich Martin
5200 Sheila Street
Commerce, CA 90040

CHALLENGE DAIRY PRODUCTS
File No. 81901
Box 60000
San Francisco, CA 94160

CHEMSEARCH
P.O. Box 971269
Dallas, TX 75397

CHEMSYSTEMS, INC.
P.O. Box 17716
Honolulu, Hawaii 96817

CHIKARA PRODUCTS, INC.
99-1245 Halawa Valley Street
Aiea, Hawaii 96701

CHILD SUPPORT ENFORCEMENT
State of Hawaii
P.O. Box 1860
Honolulu, Hawaii 96805

CHURNY COMPANY, INC.
P.O. Box 93562
Chicago, IL 60673-3562

CITY & COUNTY OF HONOLULU
Real Property Tax Collection
P.O. Box 4200
Honolulu, Hawaii 96812-4200

CLARKLIFT PACIFIC
aka E.M. Enterprises, Inc.
2110 Auiki Street
Honolulu, Hawaii 96819

CLEAR IMAGE BUSINESS SYSTEMS
270 Lalo Street, Suite 104
Kahului, Hawaii 96732

CLOROX SALES COMPANY
P.O. Box 951015
Dallas, TX 75395-1015

CLOUGHERTY PACKING CO. CALIF.
File 55409
Los Angeles, CA 90074-5409

COAST BUSINESS CREDIT
Attn: Maged Ghebrial
12121 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025

COAST TO COAST COMPUTER PROD.
P.O. Box 2418
North Hills, CA 91393-2418

CONAGRA GROCERY PROD. SALES CO.
P.O. Box 841809
Dallas, TX 75284-1809

CONCENTRA MEDICAL CENTERS
Account #706A
545 Ohohia Street
Honolulu, Hawaii 96819

CONNORS BRUNSWICK, INC.
P.O. Box 540
Scarborough, ME 04070-0540

CONSECO LIFE INSURANCE CO.
P.O. Box 1963
Carmel, IN 46032

CONTINENTAL MILLS, INC.
P.O. Box 34935
Department 510
Seattle WA 98124

COPIERS HAWAII
511 Kalihi Street
Honolulu, Hawaii 96819-3268

COSCO SUPPLY
P.O. Box 2897
Honolulu, Hawaii 96802

CROWN PRINCE, INC.
Dept. 0103
Los Angeles, CA 90084-0103

CURTIS NAKAMURA
2408 Pauoa Road
Honolulu, Hawaii 96813

D.D. BEAN & SONS CO.
P.O. Box 30396
Hartford, CT 06150-0396

DAIEI USA INC.
1517 Kapiolani Boulevard, Suite 201
Honolulu, Hawaii 96814

DEPARTMENT OF TAXATION
P.O. Box 1425
Honolulu, Hawaii 96806-1425

DEPARTMENT OF WATER SUPPLY
P.O. Box 1109
Wailuku, Hawaii 96793

DEPENDABLE HAWAIIAN EXPRESS
19201 Susana Road
Rancho Dominguz, CA 90221

DFAS-CO
Honolulu, Hawaii 96820

DHL WORLDWIDE EXPRESS
P.O. Box 78016
Phoenix, AZ 85062-8016

DIAMOND HEAD PETROLEUM
2827 Kaihikapu Street
Honolulu, Hawaii 96819

DIRECTOR OF FINANCE C&C
City Hall
Honolulu, Hawaii 96813

DOLE PACKAGED FOODS
Attn: Paul Ezaki
5795 Lindero Canyon Road
Westlake Village, CA 91362-4013

EDI SUPPORT SERVICES, INC.
P.O. Box 203
Chardon, OH 44024-0203

ELECTRICAL CONNECTION MAUI
516 S. Kamehameha Avenue
Kahului, Hawaii 96732

EXPRESSWAY DELIVERY SERV.
P.O. Box 324
Aiea, Hawaii 96701

FAMILIAR FOODS, INC.
P.O. Box 90008
City of Industry, CA 91715-0008

FAR WEST RICE
P.O. Box 370
Durham, CA 95938

FARMERS' RICE COOPERATIVE
P.O. Box 15223
Sacramento, CA 95851

FARMLAND FOODS INC.
Customer Accounts
P.O. Box 27-266
Kansas City, MO 64180

FAULTLESS STARCH/BON AMI CO.
P.O. Box 412421
Kansas City, MO 64141

FIRST HAWAIIAN LEASING, INC.
1314 South King Street
Honolulu, Hawaii 96814

FIRST INSURANCE CO. OF HI
Attn: Glenn Hirose
1100 Ward Avenue
Honolulu, Hawaii 96814

FISHLAND MARKET, LTD.
dba Seafood Cove
117-C Ahui Street
Honolulu, Hawaii 96813

FLEMING COMPANIES, INC.
91-315 Hanua Street
Kapolei, Hawaii 96707

FOOD PROTECTION SERVICES
95-715 Hinalii Street
Mililiani, Hawaii 96789

FOODLAND SUPER MARKET, LTD.
3536 Harding Avenue
Honolulu, Hawaii 96816

FULL CIRCLE, INC.
P.O. Box 911386
Dallas, TX 75391

G.L. MEZZETTA
P.O. Box 45052
San Francisco, CA 94145

GARDEN ISLE DISPOSAL, INC.
2666 Niumalu Road
Lihue, Hawaii 96766

GARLOW PETROLEUM, INC.
P.O. Box 29967
Honolulu, Hawaii 96820

GARY'S FLEET SERVICE
979 Ala Kapua Street
Honolulu, Hawaii 96818

GARY'S SERVICE, INC.
3187 Kuhio Highway
Lihue, Hawaii 96766

GASPRO, INC.
P.O. Box 30707
Honolulu, Hawaii 96820

GE CAPITAL
P.O. Box 31001-0270
Pasadena, CA 91110-0270

GECC HAWAII BUILDING
P.O. Box 380041
Honolulu, Hawaii 96838-0041

GERBER PRODUCTS CO.
01-0484650
P.O. Box 951124
Dallas, TX 75395

GMAC PAYMENT PROCESSING CTR.
P.O. Box 6009
Inglewood, CA 90312

GORTON'S OF GLOUCESTER
P.O. Box 101483
Atlanta, GA 30392

GRANITE FINANCIAL, INC.
Attn: Accounting Dept.
Denver, CO 80256-0325

GRAPHIC PROMOTIONS, INC.
P.O. BOX 502929
St. Louis, MO 63150-2929

GST HAWAII ONLINE
P.O. Box 1280
Suisun City, CA 94585

GTE HAWAIIAN TEL
Payment Processing Center
Inglewood, CA 90313-0001

GTE HAWAIIAN TEL
Fax/Telxon
Payment Processing Center
Inglewood, CA 90313-0001

GTE HAWAIIAN TEL
Pager
P.O. Box 380037
Honolulu, Hawaii 96838

GTE WIRELESS
(999) 009-5911
P.O. Box 29030
Honolulu, Hawaii 96820

H&W FOODS
P.O. Box 3475
Honolulu, Hawaii 96811

HAGADONE PRINTING CO.
274 Puuhale Road
Honolulu, Hawaii 96819

HALE KAUAI, LTD.
P.O. Box 1749
Lihue, Hawaii 96766

HARPO'S PIZZA
477 Kapahulu Avenue
Honolulu, Hawaii 96815

HAWAII EMPLOYERS COUNCIL
P.O. Box 29699
Honolulu, Hawaii 96820

HAWAII LOGISTIC SERVICES
91-315 Hanua Street
Kapolei, Hawaii 96707

HAWAII MEDICAL SERVICE ASSOC.
P.O. Box 4720
Honolulu, Hawaii 96812-4720

HAWAII NATIONAL BANK
P.O. Box 3740
Honolulu, Hawaii 96812

HAWAII RUBBER STAMP, INC.
685A Auahi Street
Honolulu, Hawaii 96813

HAWAII SOUND SYSTEMS, INC.
P.O. Box 31000
Honolulu, Hawaii 96849

HAWAII TRANSFER COMPANY, LTD.
P.O. Box 665
Pearl City, Hawaii 96782

HAWAIIAN CHARCOAL CO.
83 Kaniela Street
Wailuku, Hawaii 96793

HAWAIIAN COMMERCIAL & SUGAR CO.
P.O. Box 266
Puunene, Hawaii 96784

HAWAIIAN EATERIES INC.
46-168 Malina Place
Kaneohe, Hawaii 96744

HAWAIIAN ELECTRIC COMPANY
P.O. Box 3978
Honolulu, Hawaii 96812-3978

HAWAIIAN FLOUR MILLS, INC.
P.O. Box 855
Honolulu, Hawaii 96808

HAWAIIAN FRUIT SPECIALTIES
P.O. Box 80
Kilauea, Hawaii 96754

HAWAIIAN HOUSEWARES, LTD.
P.O. Box 820
Pearl City, Hawaii 96782

HAWAIIAN LIFT TRUCK, INC.
334 Kalihi Street
Honolulu, Hawaii 96819

HAWAIIAN PA'AKAI, INC.
1718 Hoe Street
Honolulu, Hawaii 96819

HAWAIIAN ROYAL TRADING CO.
P.O. Box 959-633
Kihei, Hawaii 96753

HAWAIIAN WIRELESS
P.O. Box 29260
Honolulu, Hawaii 96820-1660

HEINZ PET PRODUCTS
Dept. AT 40187
Atlanta, GA 31192-0187

HI COUNTRY FOODS CORP.
P.O. Box 338
Selah, WA 98942

HILLSHIRE FARM & KAHN'S
P.O. Box 70262
Chicago, IL 60673-0262

HONOLULU BROOM FACTORY
P.O. Box 1691
Honolulu, Hawaii 96806

HONOLULU DISPOSAL SERVICE
P.O. Box 30968
Honolulu, Hawaii 96820

HONOLULU FREIGHT SERVICE
P.O. Box 169
Honolulu, Hawaii 96810

HOPACO
File 42256
Los Angeles, CA 90074-2256

HOPACO - BOISE CASCADE
File 42256
Los Angeles, CA 90074

HORMEL FOODS CORP.
P.O. Box 100352
Pasadena, CA 91189-0352

HOSE SERVICE INC.
1807 Homerule Street
Honolulu, Hawaii 96819

HT&T CO. INC.
311-A Pacific Street, Bldg. 5
Honolulu, Hawaii 96817

IBM CORPORATION - W7C
Dept. 1896
P.O. Box 61000
San Francisco, CA 94161

ILIKAI HOTEL
1777 Ala Moana Blvd.
Honolulu, Hawaii 96815

IMPERIAL PREMIUM FINANCE, INC.
P.O. Box 0570
Carol Stream, IL 60132

INDEPENDENT GROCERS OF HI
c/o Marujyu Market
98-020 Kamehameha Highway
Aiea, Hawaii 96701

INTERNAL REVENUE SERVICE
Ogden Service Center
Ogden, VT 84201

INTERNATIONAL HOME FOODS
21021 Network Place
Chicago, IL 60673-1210

ITOEN (USA), INC.
125 Puuhale Road
Honolulu, Hawaii 96819

J.M. SMUCKER COMPANY
P.O. Box 100398
Pasadena, CA 91189-0398

JAGUAR CREDIT CORPORATION
Dept. 5558901
P.O. Box 55000
Detroit, MI 48255

JAMES CRISOLOGO
781 Eha Street
Wailuku, Hawaii 96793

JECO AIR CONDITIONING INC.
P.O. Box 40
Kahului, Hawaii 96732

JOAN M. JOHNSON COMPANY
P.O. Box 10400
Honolulu, Hawaii 96816

JOSEPH GALLO FARMS
#73148
P.O. Box 60000
San Francisco, CA 94161

K. YAMADA DISTRIBUTORS
P.O. Box 29669
Honolulu, Hawaii 96820

KAIMUKI CHEVRON
3541 Harding Avenue
Honolulu, Hawaii 96816

KAISER FOUNDATION HEALTH
P.O. Box 31000
Honolulu, Hawaii 96849-5086

KAMAAINA COPIER SUPPLIES
350 Ward Avenue, Suite 106
Honolulu, Hawaii 96814

KAUAI ELECTRIC
P.O. Box 300
Lihue, Hawaii 96766-0300

KAUAI FREIGHT SERVICE, INC.
P.O. Box 1866
Lihue, Hawaii 96766

KAUAI OFFICE EQUIPMENT
P.O. Box 1809
Lihue, Hawaii 96766

KENNETH BROWN
1099 Alakea Street, Suite 1170
Honolulu, Hawaii 96813

KILGO COMPANY, INC.
180 Sand Island Road
Honolulu, Hawaii 96819

KIMBERLY-CLARK CORP.
K-C ID 13-40901-001
P.O. Box 100011
Pasadena, CA 91189

KPMG PEAT MARWICK LLP
P.O. Box 4150
Honolulu, Hawaii 96812-4150

KRISCOLE INC.
94-199 Leonui Street
Waipahu, Hawaii 96797

L&M BROTHERS, INC.
250-H Waiehu Beach Road
Wailuku, Hawaii 96793

LAND O'LAKES, INC.
P.O. Box 840897
Dallas, TX 75284

LAND O'FROST, INC.
P.O. Box 353
Lansing, IL 60438-1190

LAWRY'S - LIPTON, INC.
P.O. Box 92188
Chicago, IL 60675-2188

LEA & PERRINS, INC.
P.O. Box 7247-8131
Philadelphia, PA 19170

LILIHA BAKERY, LTD.
515 N. Kuakini Street
Honolulu, Hawaii 96817

LONGS DRUG STORES
848 Ala Lilikoi Street
Honolulu, Hawaii 96818

LONGS DRUG STORES #116
Manoa Marketplace
2750 Woodlawn Drive
Honolulu, Hawaii 96822

LONGS DRUG STORES #185
377 Keahole Street
Honolulu, Hawaii 96825

LONGS DRUG STORES #21
2004 Ala Moana Center
Honolulu, Hawaii 96814

MAGUIRE BEARING COMPANY, LTD.
P.O. Box 1835
Honolulu, Hawaii 96805

MARCUS & ASSOC., INC.
1045 Mapunapuna Street
Honolulu, Hawaii 96819

MATSON NAVIGATION COMPANY
P.O. Box 31000
Honolulu, Hawaii 96849-5054

MAUI BEVERAGES & SUPPLIES
Wailuku Industrial Park
864-A Kolu Street
Wailuku, Hawaii 96793

MAUI CHEMICAL & PAPER PROD., INC.
P.O. Box 930
Wailuku, Hawaii 96793

MAUI CHEMICAL & PAPER PROD.
875 Alua Street
Wailuku, Hawaii 96793

MAUI ELECTRIC COMPANY LTD.
P.O. Box 398
Kahului, Hawaii 96732

MAUI OFFICE MACHINES, INC.
280 Hookahi Street
Wailuku, Hawaii 96793

MAUI PINEAPPLE COMPANY
P.O. Box 45252
San Francisco, CA 94145

MAZDA AMERICAN CREDIT
Dept. 5560701
P.O. Box 55000
Detroit, MI 48255-0607

MBNA AMERICA
P.O. Box 15469
Wilmington, DE 19886

MCILHENNY COMPANY
P.O. Box 95337
New Orleans, LA 70195

MENEHUNE WATER COMPANY, INC.
99-1205 Halawa Valley St.
Aiea, Hawaii 96701

MOODY DUNBAR, INC.
P.O. Box 440305
Nashville, TN 37244

MORTON SALT DIVISION
MORTON THIOKOL, INC.
P.O. Box 100020
Pasadena, CA 91189

MOTT'S INC.
P.O. Box 75414
Charlotte, NC 28228-9997

NAKAI ELECTRICAL SERVICE
1734 Republican Street
Honolulu, Hawaii 96819

NESCO FRUIT SYRUPS
99-1277 Halawa Valley Street
Aiea, Hawaii 96701

NESTLE USA, INC.
File 54530
Los Angeles, CA 90074-4530

NISHIMOTO TRADING CO.
P.O. Box 636
Honolulu, Hawaii 96809

NISSAN MOTOR ACCEPTANCE CORP.
Dept. 4748
Los Angeles, CA 90096-4748

NISSIN FOODS (USA) CO., INC.
P.O. Box 512877
Los Angeles, CA 90051-0877

NOMURA AND CO., INC.
40 Broderick Road
Burlingame, CA 94010

OAHU SALES, INC.
1724 Kalani Street
Honolulu, Hawaii 96819

OAHU TIRE SERVICE AND CO.
655 Mapunapuna Street
Honolulu, Hawaii 96819

OFFICE DEPOT
Dept. 56-6156095899
P.O. Box 30292
Salt Lake City, UT 84130

OH BOY! CORPORATION
P.O. Box 923490
Sylmar, CA 91392-3490

OKIMOTO CORP.
85-863 Farrington Highway
Waianae, Hawaii 96792

OKUHARA FOODS
881 North King Street
Honolulu, Hawaii 96817

ONO CONES
98-723 #C Kuahao Place
Pearl City, Hawaii 96782-3103

ORIENTAL TRADING COMPANY
131 W. Harris Avenue
S. San Francisco, CA 94080

PACIFIC AGRI-PRODUCTS, INC.
477 Forbes Blvd.
P.O. Box 2764
S. San Francisco, CA 94083

PACIFIC CONTAINER SERVICE
P.O. Box 17809
Honolulu, Hawaii 96817

PACIFIC EXPRESS, INC.
P.O. Box 114
Honolulu, Hawaii 96810

PACIFIC GUARDIAN LIFE
1440 Kapiolani Boulevard
Honolulu, Hawaii 96814

PACIFIC HI LIFT SERVICE
P.O. Box 1837
Aiea, Hawaii 96701

PACIFIC MACHINERY
94-025 Farrington Highway
Waipahu, Hawaii 96797

PACIFIC SERV. & DEVELOPMENT CORP.
P.O. Box 1151
Lihue, Hawaii 96766

PAGER ONE
General Telcourier, Inc.
238 Sand Island Access Road 55767
Honolulu, Hawaii 96819

PAPERSOURCE HAWAII INC.
91-210 Hanua Street
Kapolei, Hawaii 96707

PD REPAIR SERVICE
c/o 140 North Market Street, #200
Wailuku, Hawaii 96793

PHILIPPINE FOOD DISTRIBUTORS
94-1228 Halelehua Street
Waipahu, Hawaii 96797

PITNEY BOWES CREDIT CORP.
P.O. Box 5151
Shelton, CT 06484

PITNEY BOWES INC.
P.O. Box 85390
Louisville, KY 40285-5390

POMPEIAN, INC.
P.O. Box 8863
Baltimore, MD 21224

PRECISION WOOD OF HAWAII
91-466 Komohana Street
Kapolei, Hawaii 96707

PRESTO PRODUCTS, CO.
P.O. Box 502608
St. Louis, MO 63150-2608

PROCTER & GAMBLE DIST. CO.
P.O. Box 100407
Pasadena, CA 91189-0407

PROGRESSIVE COMM. OF HAWAII, INC.
518 Holokahana Lane
Honolulu, Hawaii 96817

QUAKER OATS COMPANY
P.O. Box 70868
Chicago, IL 60673-0868

QUALITY TRAVEL, INC.
1600 Kapiolani Boulevard, Suite 918
Honolulu, Hawaii 96814

RALSTON PURINA COMPANY
P.O. Box 841849
Dallas, TX 75284

RAM PAGING HAWAII
P.O. Box 380040
Honolulu, Hawaii 96838-0040

REFRIGERATION SERVICES
2276 Pahounui Drive
Honolulu, Hawaii 96819

REMEDY INTELLIGENT STAFFING
File #54122
Los Angeles, CA 90074-4122

REX TIRE & SUPPLY
P.O. BOX 30622
Honolulu, Hawaii 96820

REYNOLDS AND REYNOLDS CO.
P.O. Box 77096
Detroit, MI 48277

REYNOLDS METAL COMPANY
P.O. Box 500619
St. Louis, MO 63150-0619

ROGER BAGOYO
781 Eha Street
Wailuku, Hawaii 96793

ROYAL HAWAIIAN EXPRESS
13827 Carmenita Road, Unit E
Santa Fe Spring, CA 90670

ROYAL OAK SALES, INC.
P.O. Box 530111
Atlanta, GA 30353-0111

S. MARTINELLI & COMPANY
Dept. #44647
P.O. Box 44000
San Francisco, CA 94144

SAN FRANCISCO FAMILY SUPPORT
  BUREAU
P.O. Box 60000
Dept. 6634
San Francisco, CA 94160

SANDWICH ISLAND JAMS & HONEY
PMB 107
75-1027 Henry Street, 111A
Kailua-Kona, Hawaii 96740-3137

SAVE-A-S CLUB OF HAWAII
P.O. Box 380029
Honolulu, Hawaii 96838-0029

SEA-LAND SERVICE, INC.
P.O. Box 29760
Honolulu, Hawaii 96820-2160

SENTINEL SILENT ALARM
99-1036 Iwaena Street
Aiea, Hawaii 96701

SHIMA'S MARKET
41-1606 Kalanianaole Highway
Waimanalo, Hawaii 96795

SHIMAYA SHOTEN, LTD.
P.O. Bx 17825
Honolulu, Hawaii 96817

SIGNATURE BRANDS LLC
P.O. Box 2496
Jacksonville, FL 32202-2496

SIOUX HONEY ASSOCIATION
P.O. Box 502579
St. Louis, MO 63150-2579

SNAP-ON TOOLS CORPORATION
1227-W North Market Blvd.
Sacramento, CA 95834

SNELLING 10068
SNELLING PERSONNEL SERV.
P.O. Box 650765
Dallas, TX 75265

SOLO CUP COMPANY
P.O. Box 92172
Chicago, IL 60675-2172 -

SOUTHWEST TRADERS, INC.
27565 Diaz
Temecula, CA 92590

SPECTRUM GROUP
P.O. Box 60202
St. Louis, MO 63160-0202

SPRINT
P.O. Box 52241
Phoenix, AZ 85072-2241

STATE DIRECTOR OF FINANCE
Measurement Standards
725 Ilalo Street
Honolulu, Hawaii 96813

STATE OF HAWAII
FOOD & DRUG BRANCH
591 Ala Moana Blvd.
Honolulu, Hawaii 96813

STATE WIDE COLLECTIONS
700 Bishop Street, Suite 1008
Honolulu, Hawaii 96813

STERLING COMMERCE CVG
Commerce Services Group
P.O. Box 73199
Chicago, IL 60673

STINSON SEAFOOD COMPANY
P.O. Box 910604
File #5285
Dallas, TX 75391-0604

SUGAR FOODS CORP.
Drawer CS 198372
Atlanta, GA 30384-8372

SUN-DIAMOND GROWERS
P.O. Box 44193
Tishman Building
San Francisco, CA 94144

TERMINIX INTERNATIONAL
dba Hauoli Pest Control
1024B Kikowaena Place
Honolulu, Hawaii 96819

THE ADHERENCE GROUP INC.
P.O. Box 30206
Honolulu, Hawaii 96820

THE ANDREW JERGENS CO.
1434 Solutions Center
Chicago, IL 60677-1004

THE DAIEI (USA), INC.
801 Kaheka Street
Honolulu, Hawaii 96814

THE MINUTE MAID COMPANY
P.O. Box 910037
Dallas, TX 75391-0037

THE MORNINGSTAR GROUP
P.O. Box 96430
Chicago, IL 60693-6430

THE WILKINSON ALLIANCE
P.O. Box J
Laie, Hawaii 96762

TILLAMOOK COUNTY CREAMERY
Unit 45
P.O. Box 4500
Portland, OR 97208

TONE BROTHERS, INC.
Dept. 4096
Los Angeles, CA 90096-4096

TRISLE INC.
830 Eha Street
Wailuku, Hawaii 96793

TRISLE INC.
860 Eha Street
Wailuku, Hawaii 96793

TSH DEVELOPMENT
Lagoon View Industrial Center
80 Sand Island Access Road, M-100
Honolulu, Hawaii 96819-4904

UNICOLD CORPORATION
3140 Ualena Street
Honolulu, Hawaii 96819

UNISOURCE CORPORATION
P.O. Box 1300
(Box 47830)
Honolulu, Hawaii 96807

UNITEK SOLVENT SERVICES, INC.
2889 Mokumoa Street
Honolulu, Hawaii 96819

USA DETERGENTS, INC.
P.O. Box 643024
Pittsburgh, PA 15264

VALLEY FRESH INC.
P.O. BOX 661
Buffalo, NY 14240

VALLEY ISLE PRODUCE, INC.
P.O. Box 517
Kahului, Hawaii 96732

VILLA ROMA
Div. of Heatherfield Foods
245 W. Pomona Blvd.
Monterey Park, CA 91754

VITASOY (USA) INC.
400 Oyster Point Blvd., Suite 201
S. San Francisco, CA 94080

WAIEHU SHELL
270 Waiehu Beach Road, Suite 101
Wailuku, Hawaii 96793

WAILUKU TIRE CENTER
762 Lower Main Street
Wailuku, Hawaii 96793

WDI COMPANIES, INC.
2627 Kilihau Street
Lic. #C-12717
Honolulu, Hawaii 96819-2021

WEBCO HAWAII, INC.
2840 Mokumoa Street
Honolulu, Hawaii 96819

WELCH FOODS, INC.
File 7252
P.O. Box 60000
San Francisco, CA 94160

XEROX CORPORATION
P.O. Box 7405
Pasadena, CA 91109-7405

Y. HATA & CO. LTD.
P.O. Box 3770
Honolulu, Hawaii 96812

YOSHIDA FOOD PRODUCTS CO.
8440 N.E. Alderwood Road, Suite A
Portland, OR 97220

YOUNG BROTHERS, LTD.
P.O. Box 3288
Honolulu, Hawaii 96801

ZEE MEDICAL SERVICE
P.O. Box 30587
Honolulu, Hawaii 96820

GAYLE J. LAU, ESQ.
Office of the U.S. Trustee
1132 Bishop Street, Suite 602
Honolulu, Hawaii 96813

CAROL K. MURANAKA, ESQ.
Office of the U.S. Attorney
300 Ala Moana Boulevard, Room 7-121
Honolulu, Hawaii 96813

Attorney for UNITED STATES OF
 AMERICA

COLIN K. KURATA, ESQ.
2710 Pacific Tower
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for Creditor
 THS DEVELOPMENT

NICHOLAS C. DREHER, ESQ.
THEODORE D. C. YOUNG, ESQ.
Cades Schutte Fleming & Wright
1000 Bishop Street, Suite 1200
Honolulu, Hawaii 96813

Attorneys for SOUTHERN PACIFIC BANK

ALICIA M. LEONHARD, ESQ.
Alston Hunt Floyd & Ing
Pacific Tower, Suite 1800
1001 Bishop Street
Honolulu, Hawaii 96813

Attorney for COASTAL PACIFIC FOOD
 DISTRIBUTORS, INC.

J. JONES
General Motors Acceptance Corporation
P.O. Box 173928
Denver, CO 80217

DAVID J. McCARTY, ESQ.
Sheppard, Mullin, Richter & Hampton LLP
333 South Hope Street, 48th Floor
Los Angeles, CA 90071

Attorney for UNIFIED WESTERN
GROCERS, INC. and GROCERS
SPECIALTY COMPANY

KYLE J. MEAD, ESQ.
Sloan, Listrom, Eisenbarth, Sloan &
 Glassman, L.L.C.
714 Capitol Federal Building
700 S. Kansas Avenue
Topeka, KS 66603

Attorney for GRAPHIC PROMOTIONS, INC.

WAYNE K. T. MAU, ESQ.
JONATHAN W. Y. LAI, ESQ.
PETER A. HOROVITZ, ESQ.
Watanabe, Ing & Kawashima
First Hawaiian Center, 23rd Floor
999 Bishop Street
Honolulu, Hawaii 96813

Attorneys for KENNETH F. BROWN

EUGENE YAMASHIRO
OTC Food Int'l, Inc.
1924 Hau Street
Honolulu, Hawaii 96819

Committee of Unsecured Creditors

COAST BUSINESS CREDIT
Attn: Maged Ghebrial
12121 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025

CERTIFIED GROCERS
Attn: Rich Martin
5200 Sheila Street
Commerce, CA 90040

GRANITE FINANCIAL
16100 Table Mountain Parkway, St. A
Golden, CA 80403

FARMERS RICE COOPERATIVE
P.O. Box 15223
Sacramento, CA 95851

K. YAMADA DISTRIBUTORS
P.O. Box 29669
Honolulu, Hawaii 96820

ALSTON HUNT FLOYD & ING
P.O. Box 2281
Honolulu, Hawaii 96804

INTERNATIONAL HOME FOODS
21021 Network Place
Chicago, IL 60673-1210

HORMEL FOODS CORP.
P.O. Box 100352
Pasadena, CA 91189-0352

ORIENTAL TRADING CO.
131 W. Harris Avenue
S. San Francisco, CA 94080

KIMBERLY - CLARK CORP.
P.O. Box 100011
Pasadena, CA 91189

PACIFIC INTERNATIONAL RICE MILLS
P.O. Box 652
Woodland, CA 95695

TSH DEVELOPMENT
Lagoon View Industrial Center
80 Sand Island Access Road
Honolulu, Hawaii 96819-4904

CONAGRA GROC. PROD. SALES
P.O. Box 841809
Dallas, TX 75284

ROYAL OAK SALES, INC.
P.O. Box 530111
Atlanta, GA 30353-0111

PROCTER & GAMBLE DIST. CO.
P.O. Box 100407
Pasadena, CA 91189-0407

GERBER PRODUCTS
P.O. Box 951124
Dallas, TX 75395

LAWRY'S - LIPTON, INC.
P.O. Box 92188
Chicago, IL 60675-2188

4384 MALAAI STREET PARTNERS
707 Richards Street, Suite 101
Honolulu, Hawaii 96813

NESCO FRUIT SYRUPS
99-1277 Halawa Valley Street
Aiea, Hawaii 96701

CUYLER SHAW
DAVID C. FARMER
ASHFORD & WRISTON
Alii Place, Suite 1400
1099 Alakea Street
P.O. Box 131
Honolulu, Hawaii 96810

Proposed Attorneys for
HAWAIIAN GROCERY STORES, LTD.
Debtor-in-Possession

MICHAEL D. HONG
DAVID A. KWOCK
Hong & Kwock
Central Pacific Plaza
220 S. King St., Suite 1220
Honolulu, Hawaii 96813

Proposed Attorneys for
HAWAIIAN GROCERY STORES, LTD.
Debtor-in-Possession