Trustee Name, Address, Phone, Fax, Email:

Ronald K. Kotoshirodo, Esq.
Attorney At Law * A Law Corporation
76 N. King Street, Suite 209
Honolulu, Hawaii 96817
Telephone: (808) 545-7700 * Fax: (808) 545-7100
E-mail: rkotoshirodo@hawaii.rr.com

Trustee

FILED
BANKRUPTCY COURT
DISTRICT OF HAWAII

2009 OCT 15 PM 1:45

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| Debtor(s): **Hawaiian Grocery Stores, Ltd.** | Case No.: **99-05157** |
| | Chapter 7 |

### NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $ **31,389.42** |
|---|---|

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| | Please see the attached Exhibit "A" | $ |
| | | $ |
| | | $ |
| | | $ |

| | |
|---|---|
| Dated: October 15, 2009 | /s/ _____<br>Trustee |

| Claim No. | Claimant Name and Address | Amount |
|:---:|:---|:---|
| 12 | FULL CIRCLE, INC.<br>P.O. BOX 911386<br>DALLAS, TX 75391 | $5,108.90 |
| 18 | HI COUNTRY FOODS CORP.<br>P.O. BOX 338<br>SELAH, WA 98942 | $701.18 |
| 29 | FARMLAND FOODS INC.<br>CUSTOMER ACCOUNTS<br>P.O. BOX 27-266<br>KANSAS CITY, MO 64180 | $298.76 |
| 55 | BERTOLLI USA, INC.<br>300 HARMON MEADOW BLVD.<br>SECAUCUS, NJ 07094 | $295.92 |
| 69 | PACIFIC CONTAINER SERVICE<br>P.O. BOX 17809<br>HONOLULU, HI 96817 | $23.76 |
| 71 | Ralston Purina Co.<br>ATTN: MARK LUBER, 12T<br>CHECKERBOARD SQUARE<br>SAINT LOUIS, MO 63164 | $4,461.31 |
| 77 | AUTHENTIC SPECIALTY FOODS, INC.<br>C/O ABC COMPANIES WEST<br>17862 EAST 17TH ST., STE. 103<br>TUSTIN, CA 92780 | $588.56 |
| 96 | Valley Fresh Inc.<br>P.O. BOX 661<br>BUFFALO, NY 14240 | $4,406.45 |
| 113 | NESCO BEVERAGES, INC.<br>99-1205 HALAWA VALLEY ST.<br>AIEA, HI 96701 | $6,233.73 |

Exhibit "A"

| 119 | CONNORS BRUNSWICK, INC.<br>P.O. BOX 540<br>SCARBOROUGH, ME 04070-0540 | $5,666.68 |
|-----|-----------------------------------------------------------------------|-----------|
| 151 | H & W Foods<br>P.O. BOX 3475<br>HONOLULU, HI 96811 | $3,276.70 |
| 152 | PRESTO PRODUCTS, CO.<br>P.O. BOX 502608<br>ST. LOUIS, MO 63150-2608 | $327.47 |
| | | |
| | **TOTAL** | **$31,389.42** |

U.S. Bankruptcy Court - Hawaii   #99-05157   Dkt # 800   Filed  10/15/09   Page 3 of 3